UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUZHOU CHUANGTAI RONGYUAN
INVESTEMENT MANAGEMENT
PARTNERSHIP et al.,

                          Petitioners,

             -v.-

HUI QIN,

                          Respondent.

21 Civ. 9221 (KPF)

**ORDER**

---

KATHERINE POLK FAILLA, District Judge:

      On November 8, 2021, Petitioners filed a petition to confirm an arbitration award. (Dkt. #1). Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc.* v. *Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioners shall move for confirmation of the arbitral award in the form of a motion for summary judgment — in accordance with Rule 56 of the Federal Rules of Civil Procedure and Local Rule 56.1 of the Southern District of New York — by **December 8, 2021**. Respondent's opposition, if any, is due on **January 5, 2022**. Petitioners' reply, if any, is due **January 19, 2022**.

      Petitioners shall serve the petition upon Respondent electronically and by overnight mail no later than **November 16, 2021**, and shall file an affidavit of such service with the Court no later than **November 23, 2021**.

SO ORDERED.

Dated: November 9, 2021
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge