# Exhibit A



**DATE OF TRANSLATION:**         12-Apr-2022
**ELECTRONIC FILE NAME:**       4.送达地址确认-20200721 (005)
**SOURCE LANGUAGE:**            Chinese
**TARGET LANGUAGE:**             English (United States)
**TRANSPERFECT JOB ID:**        US1278961

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0

## CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION

CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION
COMMISSION

| | |
|---|---|
| **Address:** 6/F CCOIC Building, 2 Huapichang Hutong, Xicheng District, Beijing, China | **Add**: 6/F CCOIC Building, 2 Huapichang Hutong, Xicheng District, Beijing, 100035, P. R. China |
| **Zip code:** 100035 | |
| **Tel:** (86-10) 82217788 | **Tel:** (86-10) 82217788 |
| **Fax:** (86-10) 82217766, 64643500 | **Fax:** (86-10) 82217766, 64643500 |
| **Email:** info@cietac.org | **E-mail**: info@cietac.org |

(2020) China Mao Zhong Jing Zi No. 068137

### Re: No. S20200960 Dispute of Capital Increase Agreement

The first claimant    Huzhou Chuangtai Rongyuan Investment Management Partnership (Limited Partnership)
The second claimant   Huzhou Huihengying Equity Investment Partnership (Limited Partnership)
The third claimant    Huzhou Huirongsheng Equity Investment Partnership (Limited Partnership)
Arbitration agent    Shu Jianhua, Zheng Wei, Fang Mei, Li Zheng, Qu Chenxi, Zhu Huayi, Sun Qimin

The first respondent   Shenzhen Xingmei Shengdian Culture Media Group Co., Ltd.
The second respondent  Qin Hui
The third respondent  SMI International Cinemas Ltd.
The fourth respondent Run Yun Chengdu Culture Communication Co., Ltd.:

Regarding the titled arbitration of dispute, the Court of Arbitration hereby sorts out the preliminary delivery procedures of this case as follows:

1.    On May 26, 2020, the Court of Arbitration sent Arbitration Notices (2020) China Mao Zhong Jing Zi No. 044222 and No. 044254 and the attachments of this case by Express Mail Service to the four respondents pursuant to the addresses of respondents indicated in Application for Arbitration by claimants. The mails sent to the second, third, and fourth respondents were subsequently returned by the Post Office.

2.    The Court of Arbitration informed the claimants on Jun. 9, 2020 and Jun. 15, 2020 in writing of the rejection, and requested the claimants to inquire in a reasonable manner about the addresses of the second, third and fourth respondents as soon as possible pursuant to the Arbitration Rules.

3.    The Court of Arbitration received claimants' Confirmation Letters respectively dated Jun. 12, 2020 and Jun. 16, 2020, wherein the address for service of the second respondent is confirmed as: "To: Peng Yun, No. 9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing, Tel: ▮▮▮▮▮▮", or "To: Qin Hui, ▮▮▮▮▮▮▮▮▮▮▮▮", Tel: ▮▮▮▮▮▮", and the address for service of the fourth respondent is confirmed as: "To: Peng Yun, No.9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing, Tel: ▮▮▮▮▮▮", and the address for service of the third respondent is confirmed as: "Xingmei International Building, No.9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing".

1

4.    The Court of Arbitration sent the Arbitration Notices and other documents of this case by Express Mail Service again to the second, third and fourth respondents pursuant to the addresses of respondents as confirmed by claimants. The documents mailed to the second respondent in the address of █████████████████████████████████████████████████████" was returned, and the documents mailed to the address of "No.9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing" were delivered. The documents mailed to the addresses of the third and fourth respondents were all delivered.

Therefore, the Court of Arbitration will serve relevant documents and materials of this case to the respondents pursuant to the following addresses and contact information:

| | |
|---|---|
| **The first respondent:** | **Shenzhen Xingmei Shengdian Culture Media Group Co., Ltd.** |
| Address for service: | 18-20/F, Building of Cultural Industry Headquarters, Futian Sports Park, No. 3030, Fuqiang Road, Futian District, Shenzhen |
| Contact person and telephone number: | Tang Yueyun / Person in charge ███████ |
| **The second respondent:** | **Qin Hui** |
| Address for service: | No. 9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing |
| Contact person and telephone number: | Peng Yun ███████ |
| **The third respondent:** | **SMI International Cinemas Ltd.** |
| Address for service: | Xingmei International Building, No. 9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing |
| Contact person and telephone number: | Legal representative/person in charge |
| **The fourth respondent:** | **Run Yun Chengdu Culture Communication Co., Ltd.** |
| Address for service: | No. 9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing |
| Contact person and telephone number: | Peng Yun ███████ |

Any change in respondents' addresses for service shall be timely reported to the Court of Arbitration in writing in the subsequent procedures. Both parties shall submit opinions or objections in writing, regarding the arbitration procedures, if any, including documents delivery, **within 5 days from the date of receipt of this letter**.

Hereby notified.

Jul. 21, 2020

[seal:] CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION
Court of Arbitration
1100000156402

# 中国国际经济贸易仲裁委员会
## CHINA INTERNATIONAL ECONOMIC AND TRADE
## ARBITRATION COMMISSION

**地址**: 北京市西城区桦皮厂胡同 2 号国际商会大厦六层　**Add**: 6/F CCOIC Building, 2 Huapichang Hutong,
**邮编**: 100035　　　　　　　　　　　　　　　　　　Xicheng District, Beijing, 100035, P. R. China
**电话**: (86-10)82217788　　　　　　　　　　　　　**Tel**: (86-10)82217788
**传真**: (86-10)82217766, 64643500　　　　　　　　**Fax**: (86-10)82217766, 64643500
**电子信箱**: info@cietac.org　　　　　　　　　　　　**E-mail**: info@cietac.org

(2020) 中国贸仲京字第 068137 号

### 关于 S20200960 号增资协议争议案

第一申请人　湖州创泰融元投资管理合伙企业（有限合伙）
第二申请人　湖州汇恒赢股权投资合伙企业（有限合伙）
第三申请人　湖州汇荣晟股权投资合伙企业（有限合伙）
仲裁代理人　束建华、郑玮、方梅、李峥、屈晨希、朱华艺、孙奇敏

第一被申请人　深圳星美圣典文化传媒集团有限公司
第二被申请人　覃辉
第三被申请人　星美国际影院有限公司
第四被申请人　成都润运文化传播有限公司：

　　关于题述争议仲裁案，本会仲裁院现就本案前期送达程序梳理如下：
　　1. 本会仲裁院于 2020 年 5 月 26 日按照申请人在仲裁申请书中列明的被申请人地址，分别以特快专递方式向四被申请人寄送了本案（2020）中国贸仲京字第 044222 号、044254 号仲裁通知及其附件。上述寄送第二、第三、第四被申请人的文件先后被邮局退回。
　　2. 本会仲裁院分别于 2020 年 6 月 9 日和 2020 年 6 月 15 日将上述退件情况书面函告申请人，并请其根据《仲裁规则》的规定，尽快合理查询第二、第三、第四被申请人的相关地址；
　　3. 后本会仲裁院分别收到申请人落款日期为 2020 年 6 月 12 日和 2020 年 6 月 16 日的"确认函"，函中确认第二被申请人的送达地址为："北京市朝阳区呼家楼向军北里 9 号　收件人彭云，电话████████"或"████████ 收件人覃辉，电话████████"，确认第四被申请人的送达地址为：

1

"北京市朝阳区呼家楼向军北里 9 号 收件人彭云，电话 ███████"，确认第三被申请人的送达地址为："北京市朝阳区呼家楼向军北里 9 号星美国际大厦"。

4. 本会仲裁院按照申请人确认的上述地址分别以特快专递方式向第二、第三、第四被申请人重新寄送了本案仲裁通知等文件。上述寄送第二被申请人 "███████████████████████████ ███████" 的文件被退回，再次寄送 "北京市朝阳区呼家楼向军北里 9 号" 的文件已妥投，寄送第三、第四被申请人上述地址的文件均已妥投。

鉴此，今后，本会仲裁院将分别按照下述地址及联系方式向被申请人送达本案相关文件和材料：

**第一被申请人：深圳星美圣典文化传媒集团有限公司**
收 件 地 址：深圳市福田区福强路 3030 号福田体育公园文化
产业总部大厦 18-20 层
联系人及电话：唐月云/负责人 ███████

**第二被申请人：覃辉**
收 件 地 址：北京市朝阳区呼家楼向军北里 9 号
联系人及电话：彭云 ███████

**第三被申请人：星美国际影院有限公司**
收 件 地 址：北京市朝阳区呼家楼向军北里 9 号星美国际大厦
联系人及电话：法定代表人/负责人

**第四被申请人：成都润运文化传播有限公司**
收 件 地 址：北京市朝阳区呼家楼向军北里 9 号
联系人及电话：彭云 ███████

在后续程序进行过程中，如被申请人收件地址发生变更，请及时书面告知本会。如各方当事人对本案已经进行的仲裁程序，包括文件送达，有任何意见或异议，请于**收到本函之日起 5 日内**书面提出。

特此通知。

2