# Exhibit B



| | |
|---|---|
| **DATE OF TRANSLATION:** | 12-Apr-2022 |
| **ELECTRONIC FILE NAME:** | 8.仲裁委关于送达的说明及对方授权-20201111 (003) |
| **SOURCE LANGUAGE:** | Chinese |
| **TARGET LANGUAGE:** | English (United States) |
| **TRANSPERFECT JOB ID:** | US1278961 |

TransPerfect is globally certified under the standards ISO 9001:2015, ISO 17100:2015, and ISO 18587:2017. This Translation Certificate confirms the included documents have been completed in conformance with the Quality Management System documented in its ISO process maps and are, to the best knowledge and belief of all TransPerfect employees engaged on the project, full and accurate translations of the source material.

TRANSPERFECT TRANSLATIONS INTERNATIONAL, INC.
TRANSPERFECT GLOBAL HQ
1250 BROADWAY, 7TH FLOOR, NEW YORK, NY 10001

TCert v. 4.0

# CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION
## CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION

**Address:** 6/F CCOIC Building, 2 Huapichang Hutong, Xicheng District, Beijing, China
**Zip code:** 100035
**Tel:** (86-10) 82217788
**Fax:** (86-10) 82217766, 64643500
**Email:** info@cietac.org

**Add**: 6/F CCOIC Building, 2 Huapichang Hutong, Xicheng District, Beijing, 100035, P. R. China
**Tel:** (86-10) 82217788
**Fax:** (86-10) 82217766, 64643500
**E-mail**: info@cietac.org

(2020) China Mao Zhong Jing Zi No. 104700

## Re: No. S20200960 Dispute of Capital Increase Agreement

The first claimant   Huzhou Chuangtai Rongyuan Investment Management Partnership (Limited Partnership)
The second claimant   Huzhou Huihengying Equity Investment Partnership (Limited Partnership)
The third claimant   Huzhou Huirongsheng Equity Investment Partnership (Limited Partnership)
Arbitration agent   Zheng Wei, Fang Mei, Li Zheng, Qu Chenxi, Zhu Huayi, Sun Qimin

The first respondent  Shenzhen Xingmei Shengdian Culture Media Group Co., Ltd.
Arbitration agent   Liu Fang, Qiu Xinwei

The second respondent   Qin Hui
Arbitration agent   Liu Fang, Qiu Xinwei

The third respondent   SMI International Cinemas Ltd.

The fourth respondent   Run Yun Chengdu Culture Communication Co., Ltd.:

  Regarding the titled arbitration of dispute, the Court of Arbitration received on Nov. 11, 2020 the Application for Resending Arbitration Documents and Scheduling of Court Date, Power of Attorney, Business License (Copy), and Identification Certificate of Legal Representative submitted by the first respondent and the second respondent. The Court of Arbitration hereby forwards one copy to each applicant. Please find the attachments.
  As to the missing documents mentioned by the first respondent and the second respondent in the above mentioned applications, the Court of Arbitration hereby makes below notification regarding preliminary delivery procedures and subsequent arrangement of the case:
  1. On May 26, 2020, the Court of Arbitration sent the Arbitration Notices (2020) China Mao Zhong Jing Zi No. 044222 and No. 044254 and the attachments of this case by Express Mail Service to the four respondents pursuant to the addresses of respondents indicated in Application for Arbitration by claimants. The mail sent to the first respondent was delivered, but the mails sent to the second, third, and fourth respondents were returned successively by Post Office.

2. The Court of Arbitration informed the claimants on Jun. 9, 2020 and Jun. 15, 2020 in writing of the rejection, and requested the claimants to inquire in a reasonable manner about the addresses of the second, third and fourth respondents as soon as possible pursuant to the Arbitration Rules.

3. The Court of Arbitration received claimants' Confirmation Letters respectively dated Jun. 12, 2020 and Jun. 16, 2020, wherein the address for service of the second respondent is confirmed as: "To: Peng Yun, No. 9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing, Tel:        ", or "To: Qin Hui,                       Tel:        ", and the address for service of the fourth respondent is confirmed as: "To: Peng Yun, No.9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing, Tel:        ", and the address for service of the third respondent is confirmed as: "Xingmei International Building, No.9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing".

4. The Court of Arbitration sent the Arbitration Notices and other documents of this case by Express Mail Service again to the second, third and fourth respondents pursuant to the addresses of respondents as confirmed by claimants. The documents mailed to the second respondent in the address of                                                              " was returned, and the documents mailed to the address of "No.9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing" were delivered. The documents mailed to the addresses of the third and fourth respondents were all delivered.

5. Therefore, the Court of Arbitration informed the respondents on Jul. 21, 2020 that the Court of Arbitration shall serve relevant documents and materials of this case to the respondents pursuant to the following addresses and contact information in the subsequent arbitration procedures:

| | |
|---|---|
| **The first respondent:** | **Shenzhen Xingmei Shengdian Culture Media Group Co., Ltd.** |
| Address for service: | 18-20/F, Building of Cultural Industry Headquarters, Futian Sports Park, No. 3030, Fuqiang Road, Futian District, Shenzhen |
| Contact person and telephone number: | Tang Yueyun / Person in charge |
| **The second respondent:** | **Qin Hui** |
| Address for service: | No.9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing |
| Contact person and telephone number: | Peng Yun |
| **The third respondent:** | **SMI International Cinemas Ltd.** |
| Address for service: | Xingmei International Building, No. 9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing |
| Contact person and telephone number: | Legal representative/person in charge |
| **The fourth respondent:** | **Run Yun Chengdu Culture Communication Co., Ltd.** |
| Address for service: | No. 9 Xiangjunbeili, Hujialou, Chaoyang District, Beijing |

Contact person and
telephone number:   Peng Yun

6.  On Aug. 24, 2020, the Court of Arbitration sent Notice of Constitution of Arbitral Tribunal, Notice of Court Session and (2020) China Mao Zhong Jing Zi No. 084978 Notice of Proceedings to the mentioned addresses of the first, second, third, and fourth respondents. All documents above have been delivered.

7.  On Sept. 25, 2020, the Court of Arbitration sent Notice of Adjournment to the mentioned addresses of the first, second, third, and fourth respondents. All documents above have been delivered.

8.  On Oct. 21, 2020, the Court of Arbitration sent the Notice of Replacement of Arbitrator and (2020) China Mao Zhong Jing Zi No. 098255 Notice of Court Session to the mentioned addresses of the first, second, third, and fourth respondents. All documents above have been delivered.

In conclusion, the Court of Arbitration has effectively served all documents and materials of this case to the claimants and the respondents pursuant to provisions of Article Eight of Arbitration Rules.

9.  Regarding the Application for Resending Arbitration Documents and Scheduling of Court Date submitted by the first respondent and the second respondent, the Court of Arbitration hereby resends a copy of the mentioned documents (including the Arbitration Notice and attachments, Notice of Constitution of Arbitral Tribunal and attachments, Notice of Court Session, Notice of Related Proceedings, and Notice of Adjournment) to the respondents according to the actual situation of the case and in order to facilitate the respondent to participate in the arbitration procedure. Please find the attached documents. **However, the act of resending does not represent re-service to the respondents.**

10.  The Court of Arbitration hereby informs the respondents that: The respondents are required to submit written arguments and relevant evidence materials **within 20 days upon receipt of this letter**; meanwhile, respondents' counterclaim, if any, shall also be submitted within the period. The evidence materials to be submitted by both parties in this case shall also be submitted in writing **within 20 days upon receipt of this letter**.

Hereby notified.

Nov. 11, 2020
[seal:] CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION
Court of Arbitration
1100000156402

Attachments: As indicated
Cc: Chief arbitrator Sun Xiaomin
    Arbitrators Liu Lanfang, Li Yong

# 中国国际经济贸易仲裁委员会
## CHINA INTERNATIONAL ECONOMIC AND TRADE ARBITRATION COMMISSION

| | |
|---|---|
| 地址：北京市西城区桦皮厂胡同 2 号国际商会大厦六层 | Add: 6/F CCOIC Building, 2 Huapichang Hutong, |
| 邮编：100035 | Xicheng District, Beijing, 100035, P. R. China |
| 电话：(86-10)82217788 | Tel: (86-10)82217788 |
| 传真：(86-10)82217766, 64643500 | Fax: (86-10)82217766, 64643500 |
| 电子信箱：info@cietac.org | E-mail: info@cietac.org |

(2020) 中国贸仲京字第 104700 号

## 关于 S20200960 号增资协议争议案

第一申请人　湖州创泰融元投资管理合伙企业（有限合伙）
第二申请人　湖州汇恒赢股权投资合伙企业（有限合伙）
第三申请人　湖州汇荣晟股权投资合伙企业（有限合伙）
仲裁代理人　郑玮、方梅、李峥、屈晨希、朱华艺、孙奇敏

第一被申请人　深圳星美圣典文化传媒集团有限公司
仲裁代理人　刘芳、仇心惟

第二被申请人　覃辉
仲裁代理人　刘芳、仇心惟

第三被申请人　星美国际影院有限公司

第四被申请人　成都润运文化传播有限公司：

　　关于题述争议仲裁案，本会仲裁院于 2020 年 11 月 11 日收到第一被申请人、第二被申请人提交的"关于重新邮寄仲裁文件并安排开庭日期的申请""授权委托书""营业执照（副本）""法定代表人身份证明"，现随函转予申请人各一式一份，请查收。
　　针对第一、第二被申请人在上述申请中提及的部分文件缺失事宜，本会仲裁院现就本案前期送达程序及后续安排通知如下：
　　1. 本会仲裁院已于 2020 年 5 月 26 日按照申请人在仲裁申请书中列明的被申请人地址，分别以特快专递方式向四被申请人寄送了本案（2020）中国贸仲京字第 044222 号、044254 号仲裁通知及其附件。

1

上述寄送第一被申请人的文件妥投，寄送第二、第三、第四被申请人的文件先后被邮局退回。

2. 本会仲裁院分别于 2020 年 6 月 9 日和 2020 年 6 月 15 日将上述退件情况书面函告申请人，并请其根据《仲裁规则》的规定，尽快合理查询第二、第三、第四被申请人的相关地址；

3. 后本会仲裁院分别收到申请人落款日期为 2020 年 6 月 12 日和 2020 年 6 月 16 日的"确认函"，函中确认第二被申请人的送达地址为："北京市朝阳区呼家楼向军北里 9 号 收件人彭云，电话████████"或"████████████████████████████收件人覃辉，电话████████"，确认第四被申请人的送达地址为："北京市朝阳区呼家楼向军北里 9 号 收件人彭云，电话████████"，确认第三被申请人的送达地址为："北京市朝阳区呼家楼向军北里9号星美国际大厦"。

4. 本会仲裁院按照申请人确认的上述地址分别以特快专递方式向第二、第三、第四被申请人重新寄送了本案仲裁通知等文件。上述寄送第二被申请人"████████████████████████████████████"的文件被退回，再次寄送"北京市朝阳区呼家楼向军北里 9 号"的文件已妥投，寄送第三、第四被申请人上述地址的文件均已妥投。

5. 鉴此，本会仲裁院于 2020 年 7 月 21 日致函被申请人，告知本会仲裁院在后续仲裁程序中，将分别按照下述地址及联系方式向被申请人送达本案相关文件和材料：

**第一被申请人：** 深圳星美圣典文化传媒集团有限公司
收 件 地 址： 深圳市福田区福强路 3030 号福田体育公园文化产业总部大厦 18-20 层
联系人及电话： 唐月云/负责人 ████████

**第二被申请人：** 覃辉
收 件 地 址： 北京市朝阳区呼家楼向军北里 9 号
联系人及电话： 彭云 ████████

**第三被申请人：** 星美国际影院有限公司
收 件 地 址： 北京市朝阳区呼家楼向军北里 9 号星美国际大厦
联系人及电话： 法定代表人/负责人

**第四被申请人：** 成都润运文化传播有限公司
收 件 地 址： 北京市朝阳区呼家楼向军北里 9 号

联系人及电话：彭云 ███

6. 2020年8月24日，本会仲裁院按前述地址分别向第一、第二、第三、第四被申请人寄送了本案组庭通知、开庭通知及（2020）中国贸仲京字第084978号程序通知。上述文件均已妥投。

7. 2020年9月25日，本会仲裁院按前述地址分别向第一、第二、第三、第四被申请人寄送了本案延期开庭通知。上述文件均已妥投。

8. 2020年10月21日，本会仲裁院按前述地址分别向第一、第二、第三、第四被申请人寄送了本案替换仲裁员通知、（2020）中国贸仲京字第098255号开庭通知。上述文件均已妥投。

综上，本会仲裁院已根据《仲裁规则》第八条的规定，向申请人和被申请人有效送达了本案所有文件和材料。

9. 针对第一、第二被申请人提出的重新邮寄仲裁文件并安排开庭日期的申请，根据本案实际情况，为便于被申请人参与本案仲裁程序，本会仲裁院现再次向被申请人寄送前述文件（含本案仲裁通知及其附件、组庭通知及其附件、开庭通知、相关程序通知、延期开庭通知）的复印件一式一份，请查收。**但是，该寄送行为并不代表向被申请人重新送达。**

10. 仲裁庭经本会仲裁院通知被申请人：请被申请人于**收到本函之日起20日内**提交书面答辩意见及相关证据材料；同时，被申请人如有反请求，也应在上述期限内一并提交。双方当事人关于本案需自行提交的证据材料，也应在**收到本函之日起20日内**书面提交。

特此通知。



2020年11月11日

附件：如文

抄送：首席仲裁员 孙晓民
　　　仲　裁　员 刘兰芳、李勇

3