UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HUZHOU CHUANGTAI RONGYUAN
INVESTMENT MANAGEMENT
PARTNERSHIP, HUZHOU HUIHENGYING
EQUITY INVESTMENT PARTNERSHIP, and
HUZHOU HUIRONGSHENG EQUITY
INVESTMENT PARTNERSHIP,

                          Petitioners,

           v.

HUI QIN,

                          Respondent.
------------------------------------------------------------------x

21 Civ. 9221 (KPF)

**DECLARATION OF CAROL LEE IN SUPPORT OF MOTION TO DISSOLVE
AUTOMATIC STAY OF PROCEEDINGS TO COLLECT JUDGMENT**

I, Carol Lee, declare as follows:

    1.    I am an attorney at Pillsbury Winthrop Shaw Pittman LLP ("Pillsbury"). Pillsbury represents Petitioners Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership (collectively, "Petitioners") in the above-captioned.

    2.    I am licensed and in good standing to practice law in the State of New York.

    3.    I submit this declaration in support of Petitioners' Motion to Dissolve Automatic Stay of Proceedings to Collect Judgment.

    4.    On November 16, 2021, counsel for Petitioners caused to be served true and correct copies of documents filed in support of their Petition to Confirm and Enforce Foreign Arbitral Award and for Entry of Judgment (Dkt. Nos. 1-11, the "Petition Confirmation Papers") upon Respondent Hui Qin ("Qin") via email through his prior counsel of record identified by the tribunal in the arbitration, Fang Liu of the Broad & Bright law firm, at the email address

fang_liu@broadbright.com and by Federal Express ("FedEx") Priority Overnight, at the following address: 377 Rector Place, New York, NY 10280.  *See* Dkt. No. 14.

5.  With respect to Petitioners' overnight mailing to Qin, the undersigned received notification that FedEx package, containing the Petition Confirmation Papers, was delivered on November 17, 2021 at 7:18 p.m., and signed for by an individual named S. Santiago. On November 22, 2021, the undersigned received the same FedEx package, which had been sent by an undisclosed individual on November 19, 2021 by FedEx Express Saver.

6.  On November 23, 2021, counsel for Petitioners re-sent the documents to Qin at the following address, to the attention of Mr. Qin's wife, Duo Liu: 1 Central Park S #2003 / 2009, New York, NY 10019 (the "Central Park South Address").

7.  On December 8, 2021, counsel for Petitioners caused to be served true and correct copies of their papers in support of summary judgment (Dkt. Nos. 15-17, the "Summary Judgment Papers") upon Qin via email to Ms. Liu at the email address fang_liu@broadbright.com. Attached hereto as **Exhibit 1** is a true and correct copy of the email thread between counsel for Petitioners and Ms. Liu.

8.  On December 10, 2021, the Summary Judgment Papers were served upon Qin by FedEx Overnight at the Central Park South Address.  *See* Dkt. No. 18.

9.  On December 15, 2021, Ms. Fang Liu responded that she is "practicing law in Beijing, China"; does not have an office in New York or in any other U.S. state; does not represent Qin in the above-captioned matter; and is not authorized by Qin to accept service of process for the above-captioned matter.  *See* Exhibit 1.  She further stated that, to her knowledge, Qin does not reside at 377 Rector Place, New York, NY 10280, which is where Petitioners had originally attempted to serve Qin.  *See* Dkt. No. 14.

10. On December 16, 2021, Pillsbury replied to Ms. Liu requesting Qin's address. Pillsbury also noted Broad & Bright advertises itself as qualified to practice in New York and that Ms. Liu holds herself out on the firm website as being admitted to practice in three U.S. states, that she received her J.D. and L.L.M. from U.S. universities, and that she serves clients with their U.S. business. *See* Exhibit 1. On December 16, 2021, Ms. Liu replied that this information was "incorrect and misleading." *Id.* She did not provide an address for Qin.

11. On December 20, 2021, counsel for Petitioners received a response from Duo Liu to documents Petitioners attempted to serve upon Qin by FedEx on December 10, 2021 to the attention to Duo Liu at the Central Park South Address. Duo Liu's response was dated December 16, 2021, and it included a legal document showing that Qin resides at 39 Applegreen Drive, Old Westbury, NY 11568 (the "Old Westbury Address") as well as an alleged "divorce decree in the Chinese court." The correspondence from Duo Liu stated that she and Qin "separated two years ago and got divorced one year ago" and are "officially separated and not living together." Attached hereto as **Exhibit 2** is a true and correct copy of the response received from Duo Liu dated December 16, 2021 and **Exhibit 3** is a certified translation of the legal document included in Duo Liu's response.

12. The undersigned caused investigators with the Mintz Group to confirm Qin's residence at the Old Westbury Address.

13. On December 27, 2021, counsel for Petitioners served Qin with the Petition Confirmation Papers and Summary Judgment Papers via FedEx Priority Overnight to the Old Westbury Address. *See* Dkt. No. 23.

14. On January 10, 2022, Pillsbury received a letter from Duo Liu dated January 4, 2022 in response to the December 27, 2021 FedEx to the Old Westbury Address, indicating that

she has "no [] relationship with Hui Qin now" and he "no longer lives here." Attached as **Exhibit 4** is a true and correct copy of the response received from Duo Liu dated January 4, 2022.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief. Executed on October 13, 2022.

                                                    */s/ Carol Lee*
                                                    Carol Lee