UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x
:
:
Huzhou Chuangtai Rongyuan Investment :
Management Partnership, Huzhou Huihengying :
Equity Investment Partnership, and Huzhou :
Huirongsheng Equity Investment Partnership, :
: Case No.: 1:21-cv-09221-KPF
Petitioners, :
: **CERTIFICATE OF SERVICE**
v. :
:
Hui Qin, :
:
Respondent. :
:
-------------------------------------------------------------------x

On October 18, 2022, in accordance with the Court's Order, dated October 13, 2022 (Dkt. No. 48), the undersigned caused to be served unredacted copies of the following documents:

- CIETAC Award (Dkt. No. 7-1);

- Certified English translation of the CIETAC Award (Dkt. No. 7-2);

- Supplemental Agreement (Dkt. No. 7-9); and

- Certified English translation of the Supplemental Agreement (Dkt. No. 7-10)

Service was made via email to the following counsel:

Michael Romero, mromero@xuelaw.com

Benjamin B. Xue, benjaminxue@xuelaw.com

2

Dated: October 24, 2022   Respectfully Submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

By: <u>*/s/ Carol Lee*</u>
    Andrew C. Smith
    Geoffrey Sant
    Carol Lee
    31 West 52nd Street
    New York, New York 10019
    Tel: (212) 858-1000
    Fax: (212) 858-1500
    andrew.smith@pillsburylaw.com
    geoffrey.sant@pillsburylaw.com
    carol.lee@pillsburylaw.com

*Attorneys for Petitioners Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership*