# Exhibit A

# Xintong Zhang

| | |
|---|---|
| **From:** | Michael Romero <mromero@xuelaw.com> |
| **Sent:** | Friday, October 28, 2022 11:56 AM |
| **To:** | Xintong Zhang |
| **Cc:** | Benjamin B. Xue |
| **Subject:** | Fwd: Huzhou Chuangtai Rongyuan Investment Management Partnership et al v. Qin 1:21-cv-09221-KPF |
| **Attachments:** | Ex. A.pdf; Ex. B.pdf; Ex. I.pdf; Ex. J.pdf |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear Mr. Zhang:

Per your request, I am forwarding you the email they sent us.

Regards,

Michael Romero

---------- Forwarded message ---------
From: **Lee, Carol** <carol.lee@pillsburylaw.com>
Date: Tue, Oct 18, 2022 at 7:42 PM
Subject: RE: Huzhou Chuangtai Rongyuan Investment Management Partnership et al v. Qin 1:21-cv-09221-KPF
To: Smith, Andrew C. <andrew.smith@pillsburylaw.com>, Michael Romero <mromero@xuelaw.com>
Cc: Sant, Geoffrey <geoffrey.sant@pillsburylaw.com>, Benjamin B. Xue <benjaminxue@xuelaw.com>


Dear Mr. Romero,


Attached please find unredacted versions of the documents you requested through your letter motion to the Court last week.


Regards,


Carol Lee


**Carol Lee** | Pillsbury Winthrop Shaw Pittman LLP
Counsel
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1194

1

carol.lee@pillsburylaw.com | pillsburylaw.com

**From:** Smith, Andrew C. <andrew.smith@pillsburylaw.com>
**Sent:** Tuesday, October 18, 2022 12:14 PM
**To:** Michael Romero <mromero@xuelaw.com>
**Cc:** Sant, Geoffrey <geoffrey.sant@pillsburylaw.com>; Benjamin B. Xue <benjaminxue@xuelaw.com>; Lee, Carol <carol.lee@pillsburylaw.com>
**Subject:** RE: Huzhou Chuangtai Rongyuan Investment Management Partnership et al v. Qin 1:21-cv-09221-KPF

Dear Mr. Romero,

We will file redacted versions of Docket Nos. 51-2 and 51-3 with the Court today to replace the unredacted versions. Today we will also send you unredacted versions of the documents you requested through your letter motion to the Court last week.

Sincerely,

Andrew Smith

**Andrew C. Smith** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1743 | f +1.212.858.1500 | m +1.917.687.2099
andrew.smith@pillsburylaw.com | website bio

**From:** Michael Romero <mromero@xuelaw.com>
**Sent:** Tuesday, October 18, 2022 10:57 AM
**To:** Smith, Andrew C. <andrew.smith@pillsburylaw.com>
**Cc:** Sant, Geoffrey <geoffrey.sant@pillsburylaw.com>; Benjamin B. Xue <benjaminxue@xuelaw.com>; Lee, Carol <carol.lee@pillsburylaw.com>
**Subject:** Huzhou Chuangtai Rongyuan Investment Management Partnership et al v. Qin 1:21-cv-09221-KPF

Dear Mr. Smith:

2

We are writing to request your consent to have the Court seal certain documents you filed in connection with the motion to dissolve the automatic stay of proceedings to collect judgment, specifically, Docket No. 51-2 and Docket No. 51-3. These documents contain incredibly sensitive information, including but not limited to: dates of birth, ID numbers, passport numbers, and the full names and dates of birth of minors, and it was patently improper, and a violation of rule 5.2, to have filed these documents in the first place. Please get back to us by 1:00 this afternoon, as we need to write to the Court as soon as possible regarding this matter.

Regards,

Michael Romero


--

Michael Romero, Esq.
Xue & Associates
Attorneys at Law
1 School Street, Suite 303A
Glen Cove, NY 11542

Phone: (516) 595-8887

Email:MRomero@Xuelaw.com
www.xuelaw.com

NOTICE: The information contained in this e-mail is privileged and confidential, and is intended solely for the use of the individual/entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, replication, distribution, or use of the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify this Office immediately and destroy the original and all copies of this e-mail.


**WIRE FRAUD NOTICE: Never trust wiring instructions sent via email. Never wire funds to any accounts, including ours, without independently confirming wiring instructions in person or via a telephone call to a trusted and verified phone number before initiating such wire transfers. All wire transfers are subject to verbal verification.**


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

--
Michael Romero, Esq.
Xue & Associates
Attorneys at Law
1 School Street, Suite 303A
Glen Cove, NY 11542
Phone: (516) 595-8887
Email:MRomero@Xuelaw.com
www.xuelaw.com


NOTICE: The information contained in this e-mail is privileged and confidential, and is intended solely for the use of the individual/entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, replication, distribution, or use of the contents of this e-mail is strictly prohibited. If you have received this e-mail in error, please notify this Office immediately and destroy the original and all copies of this e-mail.

**WIRE FRAUD NOTICE: Never trust wiring instructions sent via email. Never wire funds to any accounts, including ours, without independently confirming wiring instructions in person or via a telephone call to a trusted and verified phone number before initiating such wire transfers. All wire transfers are subject to verbal verification.**