

Robert W. Seiden, Esq.
Steve E. Seiden, Esq.
Amiad Kushner, Esq.
Michael Stolper, Esq.
Jake Nachmani, Esq.
Adam Rosen, Esq.
Richard Frankel, Esq.
Dov B. Gold, Esq.
Andrew Sklar, Esq.
Xintong Zhang, Esq.
Priya Lehal, Esq.
Kayla Conway, Investigator
Nat Francis, Snr. Investigator
Olivia Johann, Analyst
Lily Dempsey, Legal Assistant

322 Eighth Avenue
Suite 1704
New York, NY 10001 USA
+1.212.523.0686
www.seidenlawgroup.com



November 21, 2022

VIA ECF

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

Re:   *Huzhou Chuangtai Rongyuan Inv. Mgm't P'ship et al. v. Qin*, No. 1:21-cv-9221-KPF

Dear Judge Failla,

We write on behalf of Respondent Hui Qin ("Respondent") to request an extension of the briefing schedule on Respondent's pending motion pursuant to Federal Rule of Civil Procedure 60(b) (ECF 67; the "Motion").

Respondent requested Petitioners to consent to an extension of the briefing schedule, due to the upcoming Thanksgiving holiday. Petitioners consented to the extension. The extended dates as agreed by the parties are shown below. No previous requests for adjournment or extension of time have been made on the Motion. Accordingly, Respondent respectfully requests that the briefing schedule on the Motion be extended in accordance with the dates indicated below.

|  | **Current Deadline** | **[Proposed] Extended Deadline** |
|---|---|---|
| Petitioners' Opposition | November 22, 2022 | **November 28, 2022** |
| Respondent's Reply Memorandum | November 29, 2022 | **December 7, 2022** |

Respectfully Submitted,

   */s/ Amiad Kushner*   
            Amiad Kushner

cc: All counsel of record (via ECF)

Application GRANTED.  The Clerk of Court is directed to terminate the motion at docket entry 76.

Dated:     November 21, 2022          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE