# Ex. A

**Smith, Andrew C.**

| | |
|---|---|
| **From:** | Harwood, Chris <charwood@maglaw.com> |
| **Sent:** | Wednesday, November 23, 2022 12:00 AM |
| **To:** | Smith, Andrew C. |
| **Subject:** | RE: [External] RE: Huzhou Subpoena |

⚠ **Caution - this message could be suspicious - recommend confirmation of sender identity**
• Similar name as someone in your company.
Report or Mark Safe                                    Powered by Mimecast

Dear Andy,

Thanks very much for your email, and for sending the Word version of the subpoena and agreeing to the December 16 response date.

I hope you have a happy Thanksgiving.

Best,
Chris

Christopher B. Harwood
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue
New York, NY 10017
T: (212) 880-9547
M: (973) 309-3086

**Morvillo Abramowitz**
**Grand Iason & Anello PC**

---

**From:** Smith, Andrew C. <andrew.smith@pillsburylaw.com>
**Sent:** Tuesday, November 22, 2022 4:21 PM
**To:** Harwood, Chris <charwood@maglaw.com>
**Subject:** [External] RE: Huzhou Subpoena

Dear Chris,

Thank you very much for your email, and apologies for not receiving your voice message yesterday (we seem to have a systems issue). Attached please find a word version of the subpoena, including schedule A. Further, responses by December 16 is acceptable to us. Thank you for your assistance on this matter.

Sincerely,
Andy

**Andrew C. Smith** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131

1

t +1.212.858.1743 | f +1.212.858.1500 | m +1.917.687.2099

andrew.smith@pillsburylaw.com | website bio

**From:** Harwood, Chris <charwood@maglaw.com>
**Sent:** Tuesday, November 22, 2022 10:33 AM
**To:** Smith, Andrew C. <andrew.smith@pillsburylaw.com>
**Subject:** Huzhou Subpoena


Dear Andrew,

I'm writing to follow up on the voicemail I left you yesterday.  I've been retained by Agricultural Bank of China's New York Branch to assist it in responding to the attached subpoena.  To that end, could you please send me a Word version of Schedule A to the subpoena?  Having a Word version (from which my client can cut and paste the relevant Chinese characters) will facilitate my client's search to determine whether it possesses responsive information.  In addition, given the impending holiday and my client's need for sufficient time to conduct its search, could I have until December 16 to provide you with a response?

Thanks, and I hope you have a nice Thanksgiving,
Chris

Christopher B. Harwood
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue
New York, NY 10017
T: (212) 880-9547
M: (973) 309-3086

**Morvillo Abramowitz**
**Grand Iason & Anello PC**

NOTICE: This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from their computer.


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.

**EXTERNAL:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.