

|  |  |
|---|---|
| 322 Eighth Avenue<br>Suite 1704<br>New York, NY 10001 USA<br>+1.212.523.0686<br>www.seidenlawgroup.com | Robert W. Seiden, Esq.<br>Steve E. Seiden, Esq.<br>Michael Stolper, Esq.<br>Amiad Kushner, Esq.<br>Jake Nachmani, Esq.<br>Adam Rosen, Esq.<br>Richard Frankel, Esq.<br>Dov B. Gold, Esq.<br>Andrew Sklar, Esq.<br>Xintong Zhang, Esq.<br>Priya Lehal, Esq.<br>Kayla Conway, Investigator<br>Nat Francis, Snr. Investigator<br>Olivia Johann, Analyst<br>Lily Dempsey, Legal Assistant |

December 9, 2022

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

    Re:    *Huzhou Chuangtai Rongyuan Investment Management Partnership et al. v. Qin*,
            Case No. 1:21-cv-09221-KPF

Dear Judge Failla,

Seiden Law Group LLP ("SLG") represents Respondent Hui Qin ("Respondent") in the above-referenced matter. Pursuant to Local Civil Rule 1.4, I respectfully request the Court's permission to withdraw my appearance as counsel for Respondent, as I am leaving SLG today. Amiad Kushner and Xintong Zhang of SLG will continue to serve as counsel of record for Respondent in this matter.

                                          Respectfully submitted,

                                          */s/ Andrew Sklar*
                                              Andrew Sklar

cc: All counsel of record (via ECF)