

| | |
|---|---|
| 322 Eighth Avenue<br>Suite 1704<br>New York, NY 10001 USA<br>+1.212.523.0686<br>www.seidenlawgroup.com | Robert W. Seiden, Esq.<br>Steve E. Seiden, Esq.<br>Michael Stolper, Esq.<br>Amiad Kushner, Esq.<br>Jake Nachmani, Esq.<br>Adam Rosen, Esq.<br>Richard Frankel, Esq.<br>Dov B. Gold, Esq.<br>Andrew Sklar, Esq.<br>Xintong Zhang, Esq.<br>Priya Lehal, Esq.<br>Kayla Conway, Investigator<br>Nat Francis, Snr. Investigator<br>Olivia Johann, Analyst<br>Lily Dempsey, Legal Assistant |

December 9, 2022

**VIA ECF**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007



Re:  *Huzhou Chuangtai Rongyuan Investment Management Partnership et al. v. Qin*, Case No. 1:21-cv-09221-KPF

Dear Judge Failla,

Seiden Law Group LLP ("SLG") represents Respondent Hui Qin ("Respondent") in the above-referenced matter. Pursuant to Local Civil Rule 1.4, I respectfully request the Court's permission to withdraw my appearance as counsel for Respondent, as I am leaving SLG today. Amiad Kushner and Xintong Zhang of SLG will continue to serve as counsel of record for Respondent in this matter.

Respectfully submitted,

/s/ Andrew Sklar
Andrew Sklar

cc: All counsel of record (via ECF)

---

Application GRANTED. The Court thanks Mr. Sklar for his work on this matter and wishes him the best in his future endeavors.

The Clerk of Court is directed to terminate Mr. Sklar from the docket. The Clerk of Court is further directed to terminate the motion at docket entry 89.

Dated:   December 14, 2022
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE