Case 1:21-cv-09221-KPF   Document 103   Filed 02/07/23   Page 1 of 2



Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Andrew C. Smith
tel: 212.858.1743
andrew.smith@pillsburylaw.com

February 6, 2023

<u>Via Electronic Filing</u>

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007



Re: *Huzhou Chuangtai Rongyuan Investment Management Partnership et al. v. Qin*, <u>Case No. 1:21-cv-09221-KPF</u>

Dear Judge Failla:

We represent Petitioners Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership ("Petitioners") in the above-referenced action.

Petitioners write pursuant to the Court's January 23, 2023 order directing Petitioners to file a proposed briefing schedule for a motion to compel discovery from Respondent Hui Qin (the "Motion") on or before February 6, 2023. (ECF No. 100.) Petitioners and Respondent have conferred and agree on the following proposed briefing schedule, subject to the Court's approval:

- Petitioners shall file their Motion on or before February 14, 2023;

- Respondent shall file his opposition to the Motion within fourteen (14) days thereafter; and

- Petitioners shall file their reply within nine (9) days after Respondent's opposition is filed.

Respectfully submitted,

*/s/ Andrew C. Smith*
Andrew C. Smith

cc: All counsel of record (via ECF)

www.pillsburylaw.com

4858-8610-4911

Application GRANTED.  The parties shall adhere to the briefing deadlines outlined above.

The Clerk of Court is directed to terminate the motion at docket entry 102.

SO ORDERED.

Dated:     February 6, 2023
           New York, New York

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE