```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
Huzhou Chuangtai Rongyuan Investment            :
Management Partnership, Huzhou Huihengying      :
Equity Investment Partnership, and Huzhou       :    1:21:cv-09221-KPF
Huirongsheng Equity Investment Partnership,     :
                                                :
        Petitioners,                            :
                                                :
                -v.-                            :
                                                :
Hui Qin,                                        :
                                                :
        Respondent.                             :
                                                :
---------------------------------------------------------------x
```

## NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT the law firm Seiden Law Group LLP has changed its name to Seiden Law LLP.  The office address, telephone and facsimile numbers remain the same. Amiad Kushner and Xintong Zhang of Seiden Law LLP will continue to represent Respondent in this action.  Their new email addresses are shown below.

Dated: February 28, 2023

                                                Respectfully Submitted,

                                                SEIDEN LAW LLP

                                                /s/ Amiad Kushner
                     By:   Amiad Kushner
                          Xintong Zhang
                          322 8th Avenue, Suite 1704
                          New York, New York 10001
                          (646) 766-1914
                          akushner@seidenlaw.com
                          xzhang@seidenlaw.com

                          *Counsel for Respondent Hui Qin*