UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUZHOU CHUANGTAI RONGYUAN
INVESTMENT MANAGEMENT
PARTNERSHIP, HUZHOU HUIHENGYING
EQUITY INVESTMENT PARTNERSHIP, and
HUZHOU HUIRONGSHENG EQUITY
INVESTMENT PARTNERSHIP,

    Petitioners,

v.

HUI QIN,

    Respondent.

21 Civ. 9221 (KPF)

---

### NOTICE OF FILING OF LIST OF DOCUMENTS PER APRIL 10, 2023 ORDER

In accordance with the Court's April 10, 2023 Order, the Parties to this action hereby jointly submit a list of documents, attached hereto as Ex. A, that Respondent has produced since Petitioners' Motion to Compel, for Sanctions, and for an Order of Civil Contempt (ECF 104) was briefed.

Date:  April 13, 2023
       New York, New York        PILLSBURY WINTHROP SHAW PITTMAN LLP

                                 By: */s/ Andrew C. Smith*
                                 Andrew C. Smith
                                 Geoffrey Sant
                                 Carol Lee
                                 31 West 52nd Street
                                 New York, New York 10019
                                 Tel: (212) 858-1000
                                 Fax: (212) 858-1500
                                 andrew.smith@pillsburylaw.com
                                 geoffrey.sant@pillsburylaw.com
                                 carol.lee@pillsburylaw.com

                                 *Attorneys for Petitioners Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership*


                                 SEIDEN LAW LLP

                                 By: */s/ Amiad Kushner*
                                 Amiad Kushner
                                 Xintong Zhang
                                 322 Eighth Avenue
                                 Suite 1704
                                 New York, New York 10001
                                 Tel: (646) 766-1914
                                 akushner@seidenlaw.com
                                 xzhang@seidenlaw.com

                                 *Attorneys for Respondent Qin*