# Ex. A

**LIST OF DOCUMENTS PRODUCED BY RESPONDENT SINCE SANCTIONS MOTION WAS BRIEFED**

| # | Bates Range | Document Date | Description | Production Date |
|---|---|---|---|---|
| 1 | Qin_00002501-2502 | November 27, 2019 | Change of Company Secretary and Authorized Representative of SMI Holdings Group Limited ("SMI") | 3/14/23 |
| 2 | Qin_00002503-2507 | December 2, 2019 | SMI's Unaudited Financial Information – including Statement of Profit or Loss (Qin_00002504); Statement of Financial Position (Qin_00002504-2507). | 3/14/23 |
| 3 | Qin_00002508-2511 | December 2, 2019 | SMI's disclosure of the company's financial position and business operation (Qin_00002508-2509); winding up petition (Qin_00002509); possible disposal (Qin_00002509); debt restructuring (Qin_00002510); and corporate bond (Qin_00002510). | 3/14/23 |
| 4 | Qin_00002515-2518 | December 4, 2019 | SMI's Memorandum of Understanding regarding proposed acquisition | 3/14/23 |
| 5 | Qin_00002519-2528 | December 5, 2019 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002519-2520); Movements in Issued Share Capital (Qin_00002520); and Details of Movements in Issued Share Capital (Qin_00002521-2527). | 3/14/23 |
| 6 | Qin_00002529 | December 10, 2019 | SMI's announcement of board meeting approving the annual results of the company and its subsidiaries. | 3/14/23 |
| 7 | Qin_00002530 | December 17, 2019 | SMI's announcement of board meeting approving the annual results of the company and its subsidiaries. | 3/14/23 |
| 8 | Qin_00002531-2540 | January 3, 2020 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002531-2532); Movements in Issued Share Capital (Qin_00002532); and Details of Movements in Issued Share Capital (Qin_00002533-2539). | 3/14/23 |
| 9 | Qin_00002541 | January 29, 2020 | SMI's notice of its board meeting approving the annual results of the company and its subsidiaries. | 3/14/23 |
| 10 | Qin_00002542-2551 | February 3, 2020 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002542-2543); Movements in Issued Share Capital (Qin_00002543); and Details of Movements in Issued Share Capital (Qin_00002544-2550). | 3/14/23 |
| 11 | Qin_00002552-2553 | February 5, 2020 | SMI's announcement of the temporarily close of its cinemas in mainland China and Hong Kong. | 3/14/23 |
| 12 | Qin_00002554 | February 14, 2020 | SMI's announcement of its board meeting approving the annual results of the company and its subsidiaries. | 3/14/23 |

| # | Bates Range | Document Date | Description | Production Date |
|---|---|---|---|---|
| 13 | Qin_00002555-2557 | February 19, 2020 | SMI's announcement of its new Chairman of the Board and new CEO. | 3/14/23 |
| 14 | Qin_00002558 | February 19, 2020 | SMI's announcement of its new board members' responsibilities. | 3/14/23 |
| 15 | Qin_00002559-2581 | February 20, 2020 | SMI's Consolidated Statement of Profit or Loss (Qin_00002560); Consolidated Statement of Financial Position (Qin_00002561-2562); Notes to Financial Statements (Qin_00002563-2572). | 3/14/23 |
| 16 | Qin_00002582-2585 | March 3, 2020 | SMI's disclosure of the company's financial position and business operation (Qin_00002582-2583); winding up petition (Qin_00002583); possible disposal (Qin_00002583-2584); debt restructuring (Qin_00002584); and corporate bond (Qin_00002584). | 3/14/23 |
| 17 | Qin_00002586-2595 | March 4, 2020 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002586-2587); Movements in Issued Share Capital (Qin_00002587); and Details of Movements in Issued Share Capital (Qin_00002588-2591). | 3/14/23 |
| 18 | Qin_00002596-2605 | April 6, 2020 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002596-2597); Movements in Issued Share Capital (Qin_00002597); and Details of Movements in Issued Share Capital (Qin_00002598-2601). | 3/14/23 |
| 19 | Qin_00002606-2615 | May 4, 2020 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002606-2607); Movements in Issued Share Capital (Qin_00002607); and Details of Movements in Issued Share Capital (Qin_00002608-2611). | 3/14/23 |
| 20 | Qin_00002616 | May 4, 2020 | SMI's announcement of a change of its address. | 3/14/23 |
| 21 | Qin_00002617 | May 6, 2020 | SMI's announcement of the change of company secretary and authorized representative | 3/14/23 |
| 22 | Qin_00002618 | May 8, 2020 | SMI's announcement of the appointment of an Official Receiver by the court. | 3/14/23 |
| 23 | Qin_00002619-2620 | May 15, 2020 | SMI's disclosure of Appointment of Joint and Several Liquidators. | 3/14/23 |
| 24 | Qin_00002621-2622 | May 22, 2020 | SMI's disclosure of the submission of a request for review of the Decision of the Listing Committee for Cancellation of Listing and Continued Suspension of Trading in the Shares | 3/14/23 |
| 25 | Qin_00002623-2632 | June 9, 2020 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002623-2624); Movements in Issued Share Capital (Qin_00002624); and Details of Movements in Issued Share Capital (Qin_00002625-2628). | 3/14/23 |

| # | Bates Range | Document Date | Description | Production Date |
|---|---|---|---|---|
| 26 | Qin_00002633-2637 | June 12, 2020 | SMI's disclosure of winding up petition (Qin_00002633-2634); financial position and business operations (Qin_00002634); possible disposal (Qin_00002635); debt restructuring (Qin_00002635-2636); corporate bond (Qin_00002636); and application for a review request of the decision of the listing committee (Qin_00002636). | 3/14/23 |
| 27 | Qin_00002638-2647 | July 3, 2020 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002638-2639); Movements in Issued Share Capital (Qin_00002636); and Details of Movements in Issued Share Capital (Qin_00002640-2643). | 3/14/23 |
| 28 | Qin_00002648-2657 | August 3, 2020 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002648-2649); Movements in Issued Share Capital (Qin_00002649); and Details of Movements in Issued Share Capital (Qin_00002650-2653). | 3/14/23 |
| 29 | Qin_00002658-2667 | September 3, 2020 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002658-2659); Movements in Issued Share Capital (Qin_00002659); and Details of Movements in Issued Share Capital (Qin_00002660-2663). | 3/14/23 |
| 30 | Qin_00002668-2672 | September 10, 2020 | SMI's disclosure of liquidation status (Qin_00002669); financial position and business operations (Qin_00002669-2670); publication of outstanding financial results (Qin_00002670); possible disposal (Qin_00002670-2671); debt restructuring (Qin_00002671); corporate bond (Qin_00002671); and application for a review request of the decision of the listing committee (Qin_00002672). | 3/14/23 |
| 31 | Qin_00002673-2682 | October 6, 2020 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002673-2674); Movements in Issued Share Capital (Qin_00002674); and Details of Movements in Issued Share Capital (Qin_00002675-2678). | 3/14/23 |
| 32 | Qin_00002683-2692 | November 2, 2020 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002683-2684); Movements in Issued Share Capital (Qin_00002684); and Details of Movements in Issued Share Capital (Qin_00002685-2688). | 3/14/23 |
| 33 | Qin_00002693-2702 | December 2, 2020 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002696-2697); Movements in Issued Share Capital (Qin_00002697); and Details of Movements in Issued Share Capital (Qin_00002695-2698). | 3/14/23 |
| 34 | Qin_00002703-2704 | December 7, 2020 | SMI's announcement of the decision of the listing review committee. | 3/14/23 |
| 35 | Qin_00002705 | December 10, 2020 | The Stock Exchange of Hong Kong Limited's decision regarding Cancellation of Listing. | 3/14/23 |

| # | Bates Range | Document Date | Description | Production Date |
|---|---|---|---|---|
| 36 | Qin_00002706-2707 | February 22, 2022 | Runyun Chengdu Culture Communication Co., Ltd's Request Letter to The Chinese Communist Party's Internal Investigation Team re: filing a complaint about the fraudulent transfer of Runyun's assets by Xinghe Huayao (Huzhou) Equity Investment Partnership. | 3/14/23 |
| 37 | Qin_00002708-2709 | February 22, 2022 | Runyun Chengdu Culture Communication Co., Ltd's Petition Letter to The China Industrial and Commerce Department re: fraudulent transfer of Runyun's assets by Xinghe Huayao (Huzhou) Equity Investment Partnership. | 3/14/23 |
| 38 | Qin_00002710-2717 | October 15, 2021 | Respondent's 2020 New York Income Tax Return | 3/14/23 |
| 39 | Qin_00002718-2788 | October 15, 2021 | Respondent's 2020 Federal Tax Return | 3/14/23 |
| 40 | Qin_00002789-2798 | May 3, 2019 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002789-2790); Movements in Issued Share Capital (Qin_00002790); and Details of Movements in Issued Share Capital (Qin_00002791-2794). | 3/14/23 |
| 41 | Qin_00002799 | May 8, 2019 | SMI's announcement of the resignation of its executive director. | 3/14/23 |
| 42 | Qin_00002800 | May 8, 2019 | SMI's announcement board members and their responsibilities. | 3/14/23 |
| 43 | Qin_00002801 | May 17, 2019 | SMI's announcement of the resignation of its executive director. | 3/14/23 |
| 44 | Qin_00002802 | May 8, 2019 | SMI's announcement board members and their responsibilities. | 3/14/23 |
| 45 | Qin_00002803-2805 | May 20, 2019 | SMI's disclosure regarding its ordinary shares. | 3/14/23 |
| 46 | Qin_00002806-207 | May 28, 2019 | SMI's announcement of the change of its auditor. | 3/14/23 |
| 47 | Qin_00002808-2810 | June 2, 2019 | SMI's disclosure of financial position and business operation (Qin_00002808-2809); debt restructuring (Qin_00002809); and corporate bond (Qin_00002810) | 3/14/23 |
| 48 | Qin_00002811-2820 | June 3, 2019 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002811-2812); Movements in Issued Share Capital (Qin_00002812); and Details of Movements in Issued Share Capital (Qin_00002813-2816). | 3/14/23 |

| # | Bates Range | Document Date | Description | Production Date |
|---|---|---|---|---|
| 49 | Qin_00002821-2822 | June 11, 2019 | SMI's announcement regarding its new executive director. | 3/14/23 |
| 50 | Qin_00002823 | June 11, 2019 | SMI's announcement regarding board members and their responsibilities. | 3/14/23 |
| 51 | Qin_00002824 | June 12, 2019 | SMI's disclosure of the winding up petition. | 3/14/23 |
| 52 | Qin_00002825-2834 | July 3, 2019 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002825-2826); Movements in Issued Share Capital (Qin_00002826); and Details of Movements in Issued Share Capital (Qin_00002827-2830). | 3/14/23 |
| 53 | Qin_00002835-2836 | July 16, 2019 | SMI's announcement regarding its new non-executive director. | 3/14/23 |
| 54 | Qin_00002837 | July 16, 2019 | SMI's announcement regarding board members and their responsibilities. | 3/14/23 |
| 55 | Qin_00002838 | July 26, 2019 | SMI's announcement regarding the resignation of the company's secretary. | 3/14/23 |
| 56 | Qin_00002839-2840 | July 29, 2019 | SMI's announcement regarding the appointment of the company's secretary. | 3/14/23 |
| 57 | Qin_00002841-2842 | July 30, 2019 | SMI's disclosure of its winding up petition developments. | 3/14/23 |
| 58 | Qin_00002843-2844 | August 12, 2019 | SMI's disclosure of its winding up petition developments. | 3/14/23 |
| 59 | Qin_00002845-2854 | September 6, 2019 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002845-2846); Movements in Issued Share Capital (Qin_00002846); and Details of Movements in Issued Share Capital (Qin_00002847-2850). | 3/14/23 |
| 60 | Qin_00002855-2859 | September 11, 2019 | SMI's disclosure of its proposed MOU with the target company in relation to possible disposal. | 3/14/23 |
| 61 | Qin_00002860-2869 | October 9, 2019 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002860-2861); Movements in Issued Share Capital (Qin_00002862); and Details of Movements in Issued Share Capital (Qin_00002863-2866). | 3/14/23 |
| 62 | Qin_00002870 | October 25, 2019 | SMI's announcement of a change of its address. | 3/14/23 |
| 63 | Qin_00002871-2872 | October 29, 2019 | SMI's disclosure regarding winding up petition developments. | 3/14/23 |

| # | Bates Range | Document Date | Description | Production Date |
|---|---|---|---|---|
| 64 | Qin_00002873-2882 | November 1, 2019 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00002873-2874); Movements in Issued Share Capital (Qin_00002874); and Details of Movements in Issued Share Capital (Qin_00002875-2878). | 3/14/23 |
| 65 | Qin_00002883-2884 | April 9, 2019 | SMI's announcement regarding resumption guidance. | 3/14/23 |
| 66 | Qin_00002885-2886 | April 15, 2019 | SMI's disclosure of its winding up petition. | 3/14/23 |
| 67 | Qin_00002887 | April 23, 2019 | SMI's announcement of the resignation of its executive director. | 3/14/23 |
| 68 | Qin_00002888 | April 23, 2019 | SMI's announcement of its new board members' responsibilities. | 3/14/23 |
| 69 | Qin_00002889-3030 | January 2018-December 2020 | Respondent's JP Morgan Chase consolidated bank statements (January 2018 – December 2020) | 3/14/23 |
| 70 | Qin_00003031-3032 | April 25, 2019 | SMI's disclosure regarding its convertible debt. | 3/14/23 |
| 71 | Qin_00003033-3034 | May 24, 2019 | SMI's announcement of developments on share charge agreement. | 3/14/23 |
| 72 | Qin_00003035-3036 | July 2, 2019 | SMI's disclosure of its winding up petition developments. | 3/14/23 |
| 73 | Qin_00003037-0346 | August 5, 2019 | SMI's disclosure of Movements in Authorized Share Capital (Qin_00003037-3038); Movements in Issued Share Capital (Qin_00003038); and Details of Movements in Issued Share Capital (Qin_00003039-3042). | 3/14/23 |
| 74 | Qin_00003047-3049 | September 2, 2019 | SMI's disclosure of financial position and business operation (Qin_00003047-3048); debt restructuring (Qin_00003048); and corporate bond (Qin_00003049). | 3/14/23 |
| 75 | Qin_00003050-3057 | March 9, 2019 | SMI International Cinemas Limited's Annual Return of 2018. | 3/14/23 |
| 76 | Qin_00003058-3065 | March 9, 2018 | SMI International Cinemas Limited's Annual Return of 2017. | 3/14/23 |
| 77 | Qin_00003066-3073 | March 9, 2017 | SMI International Cinemas Limited's Annual Return of 2016. | 3/14/23 |
| 78 | Qin_00003074-3081 | March 9, 2016 | SMI International Cinemas Limited's Annual Return of 2015. | 3/14/23 |

| # | Bates Range | Document Date | Description | Production Date |
|---|---|---|---|---|
| 79 | Qin_00003082-3084 | December 22, 2020 | SMI International Cinemas Limited's filing regarding change of company secretary. | 3/14/23 |
| 80 | Qin_00003085-3087 | March 26, 2020 | SMI International Cinemas Limited's filing regarding change of company secretary. | 3/14/23 |
| 81 | Qin_00003088-3090 | June 5, 2019 | SMI International Cinemas Limited's filing regarding change of company secretary. | 3/14/23 |
| 82 | Qin_00003091-3093 | April 30, 2018 | SMI International Cinemas Limited's filing regarding change of company director. | 3/14/23 |
| 83 | Qin_00003094-3096 | January 19, 2018 | SMI International Cinemas Limited's filing regarding change of company director. | 3/14/23 |
| 84 | Qin_00003097-3099 | December 4, 2017 | SMI International Cinemas Limited's filing regarding change of company director. | 3/14/23 |
| 85 | Qin_00003100-3101 | December 8, 2021 | Runyun Chengdu Culture Communication Co., Ltd.'s complaint letter to National Market Supervision Department. | 3/14/23 |
| 86 | Qin_00003102-3119 | November 22, 2018 | Alleged agreement among Beijing Xingguang Shiji Consulting Co., Ltd and Runyun Chengdu Culture Communication Co., Ltd. regarding transfer of ownership of cinemas | 3/14/23 |
| 87 | Qin_00003120-3126 | March 2023 | Email chain between Seiden Law LLP and Respondent's CPA regarding Respondent's 2020 tax return | 3/22/23 |
| 88 | Qin_00003127-3133 | March 20, 2023 | Additional pages from Respondent's 2020 tax return | 3/22/23 |
| 89 | Qin_00003134-3150 | March 20, 2023 | Respondent's 2020 New York State tax return | 3/22/23 |
| 90 | Qin_00003151-3169 | March 20, 2023 | Working documents prepared by Respondent's CPA in preparing and filing Respondent's 2020 New York State tax return. | 3/22/23 |
| 91 | Qin_00003170-3251 | March 20, 2023 | Respondent's 2020 Federal Tax Return | 3/22/23 |
| 92 | Qin_00003252-00003340 | March 20, 2023 | Working documents prepared by Respondent's CPA in preparing and filing Respondent's 2020 Federal tax return. | 3/22/23 |