## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership, | Case No. 1:21-cv-09221 (KPF) |
| Petitioners, | **MOTION FOR *PRO HAC VICE* ADMISSION OF HUGH M. RAY, III** |
| vs. | |
| Hui Qin, | |
| Respondent. | |

      Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, Hugh M. Ray, III hereby respectfully moves this Court for an Order of Admission to practice *Pro Hac Vice* and to appear as counsel for Petitioners Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership in the above-captioned proceeding.

      I am in good standing of the Bars of the States of New Mexico and Texas. There are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached my Certificates of Good Standing and my Declaration pursuant to Local Rule 1.3.

Dated: April 21, 2023  
New York, New York

Respectfully submitted,

By:  /s/ Hugh M. Ray, III
 Hugh M. Ray, III
 hugh.ray@pillsburylaw.com
 Two Houston Center
 909 Fannin, Suite 2000
 Houston, TX 77010-1028
 Tel: (713) 276-7661
 Fax: (713) 960-4017

 Attorneys for Petitioners Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership