UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership,<br><br>Petitioners,<br><br>vs.<br><br>Hui Qin,<br><br>Respondent. | Case No. 21 Civ. 09221 (KPF)<br><br>**ORDER FOR *PRO HAC VICE* ADMISSION OF HUGH M. RAY, III** |

The motion of Hugh M. Ray, III for admission to practice *Pro Hac Vice* in the above-captioned matter is granted.

Applicant has declared that he is a member in good standing of the Bars of the States of New Mexico and Texas, and that his contact information is as follows:

PILLSBURY WINTHROP SHAW PITTMAN LLP
Hugh M. Ray, III Two Houston Center
909 Fannin, Suite 2000
Houston, TX 77010-1028
Tel.: (713) 276-7661
Fax: (713) 960-4017
Email: hugh.ray@pillsburylaw.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Petitioners Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership, in the above-captioned proceeding.

**IT IS HEREBY ORDERED** that Applicant Hugh M. Ray, III is admitted to practice *Pro Hac Vice* in the above-captioned matter in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

The Clerk of Court is directed to terminate the motion at docket entry 138.

Dated: April 24, 2023
New York, New York

_____
United States District Judge

2