UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
Huzhou Chuangtai Rongyuan Investment             :
Management Partnership, Huzhou Huihengying       :
Equity Investment Partnership, and Huzhou        :    1:21:cv-09221-KPF
Huirongsheng Equity Investment Partnership,      :
                                                 :
      Petitioners,  :
                                                 :
  -v.-                                 :
                                                 :
Hui Qin,                                         :
                                                 :
      Respondent.   :
                                                 :
------------------------------------------------------------------x

## NOTICE OF APPEAL

  Notice is hereby given that Respondent Hui Qin ("Respondent") appeals to the United States Court of Appeals for the Second Circuit from the judgment entered by the Clerk of this Court on October 11, 2022 (ECF 46) (the "Judgment"), including this Court's decision and order entered on September 26, 2022 (ECF 44) that is referenced in the Judgment, and this Court's order entered on March 31, 2023 (ECF 134) denying Respondent's motion for relief from the Judgment pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.

Dated: April 28, 2023

              SEIDEN LAW LLP


            By:  /s/ Amiad Kushner
               Amiad Kushner
               Xintong Zhang
               322 Eighth Ave, Suite 1704
               New York, NY 10001
               646-766-1914
               akushner@seidenlaw.com
               xzhang@seidenlaw.com

            *Counsel for Respondent Hui Qin*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of April, 2023, copies of the foregoing Notice of Appeal were served via the Court's CM/ECF system to all counsel and parties receiving electronic notice of pleadings filed in this case.

By: ⎯⎯/s/ Xintong Zhang⎯⎯⎯
Xintong Zhang
SEIDEN LAW LLP
322 Eighth Ave, Suite 1704
New York, NY 10001
646-766-1914
xzhang@seidenlaw.com

*Counsel for Respondent Hui Qin*