UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

HUZHOU CHUANGTAI RONGYUAN INVESTMENT MANAGEMENT PARTNERSHIP, HUZHOU HUIHENGYING EQUITY INVESTMENT PARTNERSHIP, and HUZHOU HUIRONGSHENG EQUITY INVESTMENT PARTNERSHIP,

    Petitioners,

v.

HUI QIN,

    Respondent.

---------------------------------------------------------------------x

21 Civ. 9221 (KPF)

**NOTICE OF PETITIONERS' RENEWED MOTION FOR SANCTIONS AGAINST SEIDEN**

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and the declaration of Carol Lee and exhibits thereto, Petitioners Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership, through their attorneys, will move this Court at such time set by the Court, before the Honorable Katherine Polk Failla, United States District Judge, Southern District of New York, at the United States Courthouse, 40 Foley Square, Room 2103, New York, NY 10007, pursuant to the Court's April 18, 2023 decision, for an order: (i) imposing sanctions on Seiden Law LLP pursuant to Fed. R.. Civ. P. 37(b)(2), 28 U.S.C. § 1927, and the Court's inherent power; and (ii) for such other relief as may be appropriate, in law or in equity.

Dated: June 27, 2023
      New York, New York

                         PILLSBURY WINTHROP SHAW PITTMAN LLP

                         By: */s/ Geoffrey Sant*
                              Andrew C. Smith
                              Geoffrey Sant
                              Carol Lee
                              31 West 52nd Street
                              New York, New York 10019

Tel: (212) 858-1000
Fax: (212) 858-1500
andrew.smith@pillsburylaw.com
geoffrey.sant@pillsburylaw.com
carol.lee@pillsburylaw.com

*Attorneys for Petitioners Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership*