# EXHIBIT 12

**** Electronically Filed Document ****

Instrument Number: 2020-51010

Recorded As: EX-D01 - DEED

Recorded On: June 23, 2020

Recorded At: 11:07:51 am          Receipt Number:  1857959

Number of Pages: 4                 Processed By:   001 DMF

Book-Vl/Pg: Bk-D  Vl-13943  Pg-443

Total Rec Fee(s): $500.00

** Examined and Charged as Follows **

| 01 - DEED | $ 60.00 | EX-Blocks - Deeds - $300 | $ 300.00 | EX-DN - DEED NOTIFICATION | $ 10.00 |
| EX-RP5217 Residential Fee | $ 125.00 | EX-TP-584 Affidavit Fee | $ 5.00 | | |

|  | Tax Amount | Consid Amt | RS#/CS# | | |
|---|---|---|---|---|---|
| Tax-Transfer | $ 0 | $ 0 | RE 20969 | Basic | $ 0.00 |
| N. HEMPSTEAD | | | | Local NY CITY | $ 0.00 |
| | | | | Additional MTA | $ 0.00 |
| | | | | Spec ASST | $ 0.00 |
| | | | | Spec ADDL SONYMA | $ 0.00 |
| | | | | Transfer | $ 0.00 |
| Tax Charge: | $ 0 | | | | |

Property Information:

| Section | Block | Lot | Unit | Town Name |
|---|---|---|---|---|
| 19 | A | 559A | | N. HEMPSTEAD |
| 19 | A | 559B | | N. HEMPSTEAD |

************THIS PAGE IS PART OF THE INSTRUMENT ************

Any provision herein which restricts the Sale, Rental or use of the described REAL PROPERTY
because of color or race is invalid and unenforceable under federal law.



County Clerk Maureen O'Connell

Qin_00000841

Bargain and Sale Deed, with Covenant against Grantors Acts- Individual or Corporation

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INTSRUMENT SHOULD BE USED BY LAWYERS ONLY

**THIS INDENTURE**, made the **21** day of May in the year **2020**

BETWEEN

**Xuemin Liu**
Having an address at 39 Applegreen Drive, Old Westbury, NY 11568

party of the first part, and

**Xuemin Liu and Duo Liu, as Joint Tenants with Right of Survivorship**
Having an address at 39 Applegreen Drive, Old Westbury, NY 11568

party of the second part,

**WITNESSETH**, that the party of the first part, in consideration of Ten Dollars and other valuable consideration paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being **in the County of Nassau and State of New York,** bounded and described as follows:

*See Attached Schedule A*

*Being the same premises conveyed to grantor from King Fame Trading Limited on Deed Dated April 2, 2020 and recorded April 29, 2020 in BK-D, VI-13932, Pg-102.*

*The said premises known as 39 Applegreen Drive, Old Westbury, NY 11568*

*County: Nassau*
*Section: 19*
*Block: A*
*Lot: 559A&559B*

**TOGETHER** with all right, title and interest, if any, of the party of the first part of, in and to any streets and roads abutting the above-described premises to the center lines thereof; **TOGETHER** with the appurtenances and all the estate and rights of the party of the first part in and to said premises; **TO HAVE AND TO HOLD** the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.
AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" whenever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____
Xuemin Liu

AS WITNESS

Qin_00000842

USE ACKNOWLEDGEMENT FROM BELOW WITHIN NEW YORK STATE ONLY:

State of New York, County of Nassau  } ss.:

On the **21st** day of May in the year 2020, before me the undersigned, personally appeared **Xuemin Liu** personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument

JAY LAU
NOTARY PUBLIC-STATE OF NEW YORK
No. 02LA6105271
Qualified in Nassau County
My Commission Expires March 09, 2024

USE ACKNOWLEDGEMENT FROM BELOW WITHIN NEW YORK STATE ONLY:

State of New York, County of             } ss.:

On the      day of       in the year      , before me the undersigned, personally appeared personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument

ACKNOWLEDGEMENT FROM FOR USE WITHIN NEW YORK STATE ONLY:
[New York subscribing Witness Acknowledgment Certificate]
State of New York, County of           }ss:

On the    day of    in the year    before me, the undersigned, personally appeared

the subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they resides(s) in

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their names(s) as a witness thereto

ACKNOWLEDGEMENT FROM FOR USE WITHIN NEW YORK STATE ONLY:
[Out of State or Foreign General Acknowledgement Certificate]
......................................................... }ss:
(Complete Venue with State, Country, Province or Municipality)

On the    day of    in the year    before me, the undersigned, personally appeared

personally know to me or proved to me on the basis of satisfactory evidence to be individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual name such appearance before the undersigned in the

### BARGAIN & SALE DEED
WITH COVENANTS AGAINST GRANTOR'S ACTS

Title No.: _____

**Xuemin Liu**

TO

**Xuemin Liu and Duo Liu, as Joint Tenants with Right of Survivorship**

DISTRICT
SECTION     19
BLOCK       A
LOT         559A&559B
COUNTY OR TOWN   Nassau

RETURN BY MAIL TO:
Lau & Associates, P.C
40 Cutter Mill Road, Suite 504
Great Neck, NY 11021

RESERVE THIS SPACE FOR RECORDING OFFICE

Qin_00000843

*Cornerstone Land Abstract, LLC*

Title Number: **CT-24139**

Page **1**

## SCHEDULE A DESCRIPTION

ALL that certain plot piece or parcel of land, situate, lying and being in the Incorporated Village of Old Westbury, Town of North Hempstead, County of Nassau and State of New York, as laid down as Lot 21 on the Map of "Round Hill at Old Westbury" filed August 7, 1996 as Case # 9480, being also Tax Lot # 559 in Section 19 Block A on the Land and Tax Map of the County of Nassau and being bounded and described as follows:

BEGINNING at a point lying in the easterly line of the map of "Round Hill at Old Westbury" at its intersection with the division line between Lot 20 and Lot 21 on said map;

RUNNING THENCE from this point of beginning South 7 degrees 35 minutes 23 seconds West, 200.43 feet and South 22 degrees 22 minutes 23 seconds West, 338.48 feet along the easterly boundary of the map of "Round Hill at Old Westbury";

THENCE North 70 degrees West, 174.11 feet and South 61 degrees West, 310.58 feet to the northeasterly side of Applegreen Drive;

THENCE Northwesterly along said northeasterly side of Applegreen Drive, along a curve bearing to the left having a radius of 250.00 feet for the arc length of 122.17 feet to a point of tangency;

THENCE North 57 degrees West, along said Northeasterly side, 237.01 feet;

THENCE North 33 degrees East, 628.41 feet and South 75 degrees East, 548.23 feet to the Easterly boundary of the map of "Round Hill at Old Westbury" and the POINT OR PLACE OF BEGINNING.

Qin_00000844