# EXHIBIT 14

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER<br><br>This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document. | <br><br>2021051201509005004E9D52 |
|---|---|

### RECORDING AND ENDORSEMENT COVER PAGE — PAGE 1 OF 7

**Document ID:** 2021051201509005  **Document Date:** 02-23-2021  **Preparation Date:** 08-31-2021
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 5

| PRESENTER: | RETURN TO: |
|---|---|
| PRO-TRAIT TITLE SERVICES, LLC<br>401 BROADWAY, SUITE 805<br>PT-104121-NY<br>NEW YORK, NY 10013<br>212-219-3835<br>INFO@PRO-TRAIT.COM | PRO-TRAIT TITLE SERVICES, LLC<br>401 BROADWAY, SUITE 805<br>PT-104121-NY<br>NEW YORK, NY 10013<br>212-219-3835<br>INFO@PRO-TRAIT.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1274 | 1634 Entire Lot | 2009 | 768 5 AVENUE |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| MANHATTAN | 1274 | 1632 Entire Lot | 2003 | 768 5 AVENUE |

**Property Type:** SINGLE RESIDENTIAL CONDO UNIT

### CROSS REFERENCE DATA

**CRFN:** 2019000088227
☒ Additional Cross References on Continuation Page

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| MAXIM CREDIT GROUP, LLC<br>600 MADISON AVENUE, 17TH FLOOR<br>NEW YORK, NY 10022 | AXOS BANK<br>4350 LA JOLLA VILLAGE DR., SUITE 140<br>SAN DIEGO, CA 92122 |

### FEES AND TAXES

| Mortgage: | | Filing Fee: | |
|---|---|---|---|
| Mortgage Amount: | $ 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | $ | 0.00 |
| TAXES: County (Basic): | $ 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ 0.00 | $ | 0.00 |
| Spec (Additional): | $ 0.00 | | |
| TASF: | $ 0.00 | | |
| MTA: | $ 0.00 | | |
| NYCTA: | $ 0.00 | | |
| Additional MRT: | $ 0.00 | | |
| TOTAL: | $ 0.00 | | |
| Recording Fee: | $ 65.00 | | |
| Affidavit Fee: | $ 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed   12-07-2021 10:09
City Register File No.(CRFN): **2021000479934**

*Annette M Hill*
*City Register Official Signature*

Qin_00003393

| | |
|---|---|
| **NYC DEPARTMENT OF FINANCE**<br>**OFFICE OF THE CITY REGISTER** | <br>2021051201509005004C9FD2 |

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 7 |
|---|---|---|
| **Document ID:** 2021051201509005 | Document Date: 02-23-2021 | Preparation Date: 08-31-2021 |
| Document Type: ASSIGNMENT, MORTGAGE | | |

**CROSS REFERENCE DATA**
**CRFN:** 2020000075191

Qin_00003394

## ASSIGNMENT OF MORTGAGE

KNOW THAT MAXIM CREDIT GROUP, LLC, a New York limited liability company, having an address at 600 Madison Avenue, 17th Floor, New York, New York 10022 (the "**Assignor**"), in consideration of Ten and 00/100 Dollars ($10.00) and other valuable consideration paid by AXOS BANK, having an address at 4350 La Jolla Village Dr., Suite 140, San Diego, California 92122 (the "**Assignee**"), hereby assigns unto the Assignee, its successors and/or assigns, without recourse, representation or warranty, all of Assignor's right, title and interest, of any kind whatsoever, in and to the following:

> Mortgage and Security Agreement in the amount of $27,000,000.00 made by PH2003 UNIT LLC and LUXURY TEAM INC. in favor of MAXIM CREDIT GROUP, LLC, dated March 14, 2019, and recorded in the Office of the City Register, County of New York on March 19, 2019 as CRFN 2019000088227, which mortgage was assumed and modified by that certain Assumption and Modification Agreement made by and between ST. GRAND CEREMONY LLC, LUXURY TEAM INC., and MAXIM CREDIT GROUP, LLC, dated February 5, 2020 and recorded in the Office of the City Register, County of New York on February 27, 2020 as CRFN 2020000075191

covering the premises located in the County of New York and State of New Yok, as more particularly described in <u>Schedule A</u>, annexed hereto and made a part hereof.

TOGETHER WITH the bonds or notes or obligations described in said mortgage, the debt and claims secured thereby and the monies due and to grow due thereon with the interest, and all rights to collect and receive such debt, and to foreclose, enforce and satisfy the foregoing; and

TOGETHER WITH any and all other liens, privileges, security interest, rights, entitlements, equities, claims and demands as to which Assignor hereunder possesses or to which Assignor is otherwise entitled as additional security for the payment of the notes or other obligations secured thereby.

TO HAVE AND TO HOLD the same unto Assignee and to the successors, legal representatives and assigns of Assignee forever.

IT IS EXPRESSLY UNDERSTOOD AND AGREED that this Assignment is made without any recourse to, and without any covenant, representation or warranty, express or implied, by the Assignor in any event whatsoever.

THE word "Assignor" or "Assignee" shall be construed as if it read "Assignors" or "Assignees" whenever the sense of this instrument so requires.

[SIGNATURES APPEAR ON THE FOLLOWING PAGE]

IN WITNESS WHEREOF, the Assignor has duly delivered this Assignment as of the 23rd day of February, 2021.

                                              **MAXIM CREDIT GROUP, LLC**
                                              a New York limited liability company

                                              By: _____
                                              Name: Adam Glick
                                              Title: Authorized Signatory

STATE OF NEW YORK   )
                              ) ss:
COUNTY OF New York )

    On the 23rd day of February in the year 2021, before me, the undersigned, personally appeared _____Adam Glick_____, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed this instrument.

                                              _____
                                              Notary Public

                                              JOSH GREENE
                                    NOTARY PUBLIC-STATE OF NEW YORK
                                           No. 01GR6348715
                                      Qualified in New York County
                                   My Commission Expires 10-03-2024

## SCHEDULE A
## LEGAL DESCRIPTION

The Condominium Units (hereinafter called the "Units") in the building (hereinafter called the "Building") known as The Plaza Condominium and by the street address One Central Park South, Borough of Manhattan, City, County and State of New York, said Unit being designated and described as Units 2009 and 2003 in that certain Declaration, dated as of March 13, 2006, made by CPS 1 REALTY LP ("Declarant") under the provisions of Article 9-B of the Real Property Law of the State of New York (as the samemay be amended from time to time, the "New York Condominium Act") establishing a plan for condominium ownership of the premises known as 768 Fifth Avenue (including also One Central Park South), New York, New York 10019 and to be known, by such address and as "The Plaza Condominium", recorded in the Office of the City Register, New York County (the "City Register's Office") on March 23, 2006 as CRFN 2006000164230 (Condominium No. 1508); as amended and restated in its entirety by Amended and Restated Declaration, dated as of March 13, 2006, made by Declarant, recorded in the City Register's Office on April 12, 2006 as CRFN 2006000201624; as amended by First Amendment to Amended and Restated Declaration, dated as of May 29, 2007, made by Declarant, Plaza Accessory Unit Owner LP, Plaza Residential Owner LP and Plaza Club Owner LP, and recorded in the City Register's Office on June 12, 2007 as CRFN 2007000304266 and amended by Second Amendment to amended and restated declaration recorded in CRFN 2013000405386 (Condominium No. 1508-A) (theoriginal declaration, as so amended to date, and as the same may be hereafter amended inaccordance with its terms, the "Declaration"); The Unit is also designated as Tax Lot 1632 in Block 1274 of the Borough of Manhattan on the Tax Map of the Real Property Assessment Bureau of The City of New York and on the Floor Plans of the Building certified by Costas Kondylis & Partners LLP on March 2, 2006, and filed with the Real Property Assessment Bureau of The City of New York on March 9, 2006, as Condominium Plan No. 1508 and also filed in the City Register's Office on March 23, 2006, as CRFN 2006000164231; as amended by floor plans certified by Costas Kondylis& Partners LLP as of May 29, 2007 and filed as Condominium Plan No. 1508-A, CRFN 2007000304267 on June 12, 2007 in the City Register's Office, as of the date hereof constituting Tax Lots 1301-1459, 1462-1505, 1507-1534, 1536, 1538-1539, 1543-1552, 1554-1574,1576-1603,1605-1614, 1616-1627, and 1629-1637 in Block 1274 of Section 5, Borough of Manhattan on the Tax Map of the Real Property Assessment Departmentof the City of New York.

TOGETHER with an undivided 0.8678% and 0.5733 % interest in the Common Elements(as such term is defined in the Declaration) of The Plaza Condominium;

ALL that certain plot, piece or parcel of land, situate, lying and being in the Borough ofManhattan, County, City and State of New York, bounded and described as follows:

BEGINNING at the corner formed by the intersection of the northerly side of West 58th Street with the westerly side of Fifth Avenue Plaza;

RUNNING THENCE northerly along the westerly side of Fifth Avenue Plaza, 200 feet10 inches to the corner formed by the intersection of the southerly side of West 59th Street with the said westerly side of Fifth Avenue Plaza;

THENCE westerly along the southerly side of West 59th Street, 250 feet;

THENCE southerly parallel with Fifth Avenue Plaza, 100 feet 5 inches to the center lineof the block

THENCE westerly parallel with West 59th Street and along said center line, 35 feet:

THENCE southerly parallel with Fifth Avenue Plaza, 100 feet 5 inches to the northerlyside of West 58th Street;

THENCE Easterly along the northerly side of West 58th Street, 285 feet to the first mentioned corner, the point or place of BEGINNING.

Fifth Avenue Plaza is known as Grand Army Plaza.

59th Street is now known as Central Park South.

**FOR INFORMATION ONLY:**

PREMISES described herein are known as:

| | |
|---|---|
| COUNTY: | New York |
| SECTION: | 5 |
| BLOCK: | 1274 |
| LOTS: | 1634 and 1632 |
| ADDRESS: | One Central Park South, Units Nos. 2009 and 2003, New York, New YorkAKA: 1/19 Central Park South, Units Nos. 2009 and 2003, New York, New YorkAKA: 2/8 Central Park South, Units Nos. 2009 and 2003, New York, New York AKA: 768/770 5th Avenue, Units Nos. 2009 and 2003, New York, New York |

# ASSIGNMENT OF MORTGAGE

## MAXIM CREDIT GROUP, LLC

"ASSIGNOR"

to

## AXOS BANK

"ASSIGNEE"

Feb. 23rd

Dated: ~~March~~ __, 2021

### ADDRESS OF MORTGAGED PROPERTY:

1 Central Park South, Unit 2003, New York, New York 10019
and
1 Central Park South, Unit 2003, New York, New York 10019

Block:1274; Lots 1632 & 1634
County: New York

RECORD AND RETURN TO:
Axos Bank
Attn: Kristy Phillips,
Vice President Commercial Lending Operations
4350 La Jolla Village Dr., Suite 140
San Diego, California 92122

Qin_00003399

| NYC DEPARTMENT OF FINANCE<br>OFFICE OF THE CITY REGISTER | <br>2021051201509005004S53D3 |
|---|---|("), 

| **SUPPORTING DOCUMENT COVER PAGE** | | **PAGE 1 OF 1** |
|---|---|---|
| **Document ID:** 2021051201509005 | Document Date: 02-23-2021 | Preparation Date: 08-31-2021 |
| Document Type: ASSIGNMENT, MORTGAGE | | |

| **SUPPORTING DOCUMENTS SUBMITTED:** | Page Count |
|---|---|
| MORTGAGE TAX AFFIDAVIT | 3 |

| **REMARKS:** |
|---|
| 275 affidavit |

Qin_00003400

## AFFIDAVIT UNDER SECTION 275 OF THE NEW YORK REAL PROPERTY LAW

STATE OF NEW YORK, COUNTY OF ___NEW YORK___ : ss.:

I, DUO LIU, being duly sworn, do hereby depose and say under oath as follows:

1. I am over the age of 21 years and am (and am giving this Affidavit solely in my capacity as) Manager of each of PH2003 UNIT LLC ("**2003 Owner**") and ST. GRAND CEREMONY LLC ("**2009 Owner**", and each of 2003 Owner and 2009 Owner separately, "**Owner**"), each a New York limited liability company, being the current mortgagor under the Mortgage hereinafter described.

2. MAXIM CREDIT GROUP, LLC a New York limited liability company ("**Assignor**"), has assigned to AXOS BANK, a federally chartered savings association ("**Assignee**"), the mortgage described on Exhibit 1 attached hereto (the "**Mortgage**") by that certain Assignment of Mortgage dated as of ___APRIL___ ___28___, 2021 by Assignor to Assignee to which this Affidavit is attached and which is being delivered for recording simultaneously herewith in the office of the Register of the City of New York, New York County.

3. **I have knowledge of the facts** concerning the Mortgage and such Assignment of Mortgage.

4. **Assignee is not acting as a nominee of the mortgagor under the Mortgage.**

5. **The Mortgage continues to secure a bona fide obligation.**

_____
DUO LIU, in her capacity as Manager of each Owner

Sworn to before me this __23__
day of April, 2021

_____
Notary Public
[Stamp or seal]

Gary S. Upriwal
Notary Public State of New York
No. 02MO6212247
Qualified in New York County
Commission Expires October 13, 2024

{11917926;1}

Qin_00003401

Exhibit 1

Mortgage Assigned   ~~of $755,000.~~

Mortgage and Security Agreement in the amount of $27,000,000.00 made by PH2003 UNIT LLC and LUXURY TEAM INC. in favor of MAXIM CREDIT GROUP, LLC, dated March 14, 2019, and recorded in the Office of the City Register, County of New York on March 19, 2019 as CRFN 2019000088227, **on which all mortgage recording tax was paid**, which mortgage was ~~further secured by Assignment of Leases and rents dated 3/14/19 recorded 3/19/19 in CRFN 2019000088228~~ assumed and modified by that certain Assumption and Modification Agreement made by and between ST. GRAND CEREMONY LLC, LUXURY TEAM INC., and MAXIM CREDIT GROUP, LLC, dated February 5, 2020 and recorded in the Office of the City Register, County of New York on February 27, 2020 as CRFN 2020000075191.

{11917926:1}

- 2 -