# Exhibit 3

```
                          Zhikun Xie
                           (解直锟)
                              |
                  100% (direct and indirect)
                              |
                              v
    Zhonghai Shengrong (Beijing) Capital
           Management Group Co., Ltd.
         (中海晟融（北京）资本管理有限公司)
            |                              |
           100%                             |
            v                               |
    Zhongzhi Investment Management Co.,     |
                    Ltd.                    |
           (中植投资管理有限公司)              |
            |                               |
           100%                             |
            v                               |
    Zhuhai Zhongzhi Hoayuan Company      Xiangning Wu
         Management Co., Ltd            （吴湘宁）
       （珠海中植浩源企业管理有限公司）
                    \           /                 |
                  87.11%    12.88%              100%
                      \    /                      v
          Zhongtai Chuangzhan Holding Co., Ltd    Zhongtai Chuanzhan (Zhuhai Hengqin)
                （中泰创展控股有限公司）              Investment Co., Ltd.
                         |                       （中泰创展（珠海横琴）投资有限公司）
                       100%                               |
                         v                              100%
     Zhejiang Zhongtai Chuanying Capital Management       v
                 Co., Ltd.                    Naqu City Wuwei Compan Management Co., Ltd.
         （浙江中泰创赢资产管理有限公司）              （那曲市五维企业管理有限公司）
            /            \                     /                    \
          99%            2%                  98%                    98%
                                                    2%
           v              v                   v                      v
   Huzhou Chuangtai   Huzhou Huihengying      Huzhou Huirongsheng Equity Investment
   Rongyuan Investment  Equity Investment             Partnership
   Management Partnership  Partnership         （湖州汇恒赢股权投资合伙企业）
  （湖州创泰融元投资管理合伙企业） （湖州汇恒赢股权投资合伙企业）
```