



Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Andrew C. Smith
tel: 212.858.1743
andrew.smith@pillsburylaw.com

July 17, 2023

<u>VIA ECF</u>

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

  Re: *Huzhou Chuangtai Rongyuan Investment Management Partnership, et al. v. Hui Qin*, Case No. 21 Civ. 9221 (KPF) – **Notice of Withdrawal of Motion Without Prejudice**

Dear Judge Failla:

We write on behalf of Petitioners Huzhou Chuangtai Rongyuan Investment Management Partnership, Huzhou Huihengying Equity Investment Partnership, and Huzhou Huirongsheng Equity Investment Partnership ("Petitioners") as well as Respondent Hui Qin ("Respondent").

After conferring with Respondent, Petitioners hereby withdraw their renewed motion for sanctions against Seiden Law LLP (Dkts. 179-185), without prejudice.

           Respectfully submitted,

           */s/ Andrew C. Smith*
           Andrew C. Smith

cc: All counsel of record (via ECF)

www.pillsburylaw.com

4861-7646-1681

Application GRANTED.  The Clerk of Court is directed to terminate the motion at docket entry 179.

Dated:     July 18, 2023
           New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE