# EXHIBIT 9

**Madigan, Sarah M.**

| | |
|---|---|
| **From:** | Angus Ni <angus@afnlegal.com> |
| **Sent:** | Wednesday, July 19, 2023 3:48 PM |
| **To:** | Smith, Andrew C. |
| **Cc:** | Lee, Carol; Madigan, Sarah M. |
| **Subject:** | RE: Duo (Emma) Liu - Compliance with June 9, 2023 Document Subpoena |

Just me, thanks.

-AFN

**From:** Smith, Andrew C. <andrew.smith@pillsburylaw.com>
**Sent:** Wednesday, July 19, 2023 11:56 AM
**To:** Angus Ni <angus@afnlegal.com>
**Cc:** Lee, Carol <carol.lee@pillsburylaw.com>; Madigan, Sarah M. <sarah.madigan@pillsburylaw.com>
**Subject:** Re: Duo (Emma) Liu - Compliance with June 9, 2023 Document Subpoena

We will send you an invite for 1:30 pm ET, Thursday, July 20. Please let us know if any other counsel will be attending the meet and confer on behalf of Ms. Liu.

Sincerely,
Andy

> On Jul 19, 2023, at 12:17 PM, Angus Ni <angus@afnlegal.com> wrote:
>
> Can we discuss tomorrow? I am generally available.
>
> I do want to put in writing that we intend to assert the 5th amendment under the act of production doctrine. I can explain further on a call.
>
> Thank you,
>
> -AFN
>
> **From:** Smith, Andrew C. <andrew.smith@pillsburylaw.com>
> **Sent:** Tuesday, July 18, 2023 2:19 PM
> **To:** Angus Ni <angus@afnlegal.com>
> **Cc:** Lee, Carol <carol.lee@pillsburylaw.com>; Madigan, Sarah M. <sarah.madigan@pillsburylaw.com>
> **Subject:** Duo (Emma) Liu - Compliance with June 9, 2023 Document Subpoena
>
> Angus,
>
> We are now into the third week of July and we still have not received a single document in response to the June 9, 2023 Document Subpoena served on your client.
>
> Please let us know your availability for a meet-and-confer tomorrow, July 19, after 1:00 pm ET to discuss Ms. Liu's compliance with the Document Subpoena and Ms. Liu's June 28, 2023 responses and objections to the same.

Sincerely,
Andy

**Andrew C. Smith** | Partner
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1743 | f +1.212.858.1500 | m +1.917.687.2099
andrew.smith@pillsburylaw.com | website bio
<image001.png>
<image002.png>

The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.


The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.