UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUZHOU CHUANGTAI RONGYUAN
INVESTEMENT MANAGEMENT
PARTNERSHIP et al.,

                 Petitioners,

-v.-

HUI QIN,

                 Respondent.

21 Civ. 9221 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The Court previously adjourned the deposition of non-party Duo (Emma) Liu *sine die* and directed Ms. Liu to file a status letter or on before July 31, 2023. (Dkt. 203). The Court has now received that status update, which it accepted *ex parte* and under seal.

After reviewing Ms. Liu's most recently submission, the Court ORDERS her to sit for a deposition on or before **October 5, 2023** (within 45 days of her return from the scheduled trip described in her letter dated July 11, 2023). (Dkt. #198). Petitioners and Ms. Liu are ORDERED to promptly meet and confer regarding the date and manner of her deposition so that it may be occur promptly upon her return.

SO ORDERED.

Dated: August 1, 2023
       New York, New York

                                                   KATHERINE POLK FAILLA
                                                   United States District Judge