UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUZHOU CHUANGTAI RONGYUAN
INVESTEMENT MANAGEMENT
PARTNERSHIP et al.,

                    Petitioners,

              -v.-

HUI QIN,

                    Respondent.

21 Civ. 9221 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

Due to a conflict on the Court's calendar, the motion hearing currently scheduled for August 10, 2023 (*see* Dkt. #182), is hereby ADJOURNED to 3:00 p.m. on **August 17, 2023**.  The parties are reminded that the hearing will take place in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:    August 2, 2023
          New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge