UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HUZHOU CHUANGTAI RONGYUAN
INVESTEMENT MANAGEMENT
PARTNERSHIP et al.,

                    Petitioners,

-v.-

HUI QIN,

                    Respondent.

21 Civ. 9221 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

    The Court has received Petitioners' Third Motion to Compel (Re: Orders of April 18, 2023 and August 17, 2023) for Order to Show Cause and Renewed Motion for Contempt Against Respondent Hui Qin dated August 22, 2023 (Dkt. #222-223). Respondent is hereby ORDERED to respond on or before **August 23, 2023 at 3:00 p.m**.

    SO ORDERED.

Dated:  August 22, 2023
           New York, New York

                                        KATHERINE POLK FAILLA
                                        United States District Judge