# Exhibit A

1:04

**Seiden Law Team**
Amiad , Diego , Dov , Gail, Jennifer,...

Thursday



**Kayla Conway**

Hi All! Please b advised, scanning your building access ID card to enter at the new turnstiles has been relocated to the front of the turnstile as seen below

3:17 PM

♥

**Kayla Conway**
⊘ This message was deleted.    3:17 PM

**Kayla Conway**



12:49

**Seiden Law Team**
Amiad , Diego , Dov , Gail, Jennifer,…

Edited 12:20 PM

**Kayla Conway**

Hi All! Please b advised, scanning your building access ID card to enter at the new turnstiles has been relocated to the front of the turnstile as seen below

3:17 PM

❤️

**Kayla Conway**

🚫 This message was deleted.   3:17 PM

**Kayla Conway**



3:18 PM

**Jennifer Blecher**

Is anyone at the office right now?

6:55 PM