# Exhibit F

| | |
|---|---|
| **From:** | Jennifer Blecher |
| **Sent:** | Friday, August 18, 2023 5:15 PM |
| **To:** | tkyprianou@setecinvestigations.com |
| **Cc:** | Amiad Kushner; Xintong Zhang; Wang, Fangwei; Madigan, Sarah M.; Smith, Andrew C.; Lee, Carol; Sant, Geoffrey; Ray, III, Hugh M. |
| **Subject:** | iPhones Collected from Hui Qin (Huzhou Chuangtai Rongyuan Inv. Mgmt. Partnership, et al. v. Qin, No. 21-cv-9221-KPF) |

Good afternoon Tino,

I write on behalf of Hui Qin, whose two iphones you collected yesterday for imaging. I understand that the firm that retained you, Pillsbury Law, is refusing to relinquish the phones because of passwords you have not obtained. I therefore have some questions it would be helpful if you could answer:

1. What date and time was the imaging of the U.S. phone (the one without a cracked screen) completed?
2. What date and time was the imaging of the Chinese phone completed?
3. What time did you obtain the Gmail passwords from Kevin on Wechat?
4. Please confirm whether you have successfully imaged Mr. Qin's WeChat application data on both phones.
5. Please confirm whether you have imaged any communications that reference any of the following names: Seiden Law, Xue & Associates, Bin Xue, Benjamin Xue, Amiad Kushner, Tony Zhang, Xintong Zhang, Jennifer Blecher
6. We understand that you identified another gmail account on the phone. Could you explain what that means and what association this gmail account has with the device?
7. We understand that you lack passwords for two gmail accounts and an icloud account. What time did you determine that those passwords did not work?
8. What time did you inform Pillsbury Law that you could not access these accounts?
9. Did the lack of a Gmail password prevent you from making an image of the data that was stored on one or both phones?
10. Will your retention of the device prevent anyone from accessing data stored online in a web-based email account or on icloud? If not, why do you need to retain the devices? Is there any forensic benefit to doing so?
11. If you are provided with the passwords to any of these three accounts, would you be able to access the data from these accounts even after you have returned the two devices to Mr. Qin?
12. Where have you stored the data that you have imaged from Mr. Qin's two devices?
13. Have you provided any data or information obtained from the devices to the Pillsbury law firm since the phones were surrendered to you? If so, please detail what data you provided, when it was provided and in what form it was provided.

Please respond today so that we may consider appropriate next steps and whether it is necessary to seek Court intervention. Thank you.

Regards,

- Jennifer

**Jennifer Blecher, Esq.**
*Senior Counsel*

**SEIDEN | LAW**

1

**Seiden Law LLP**
322 Eighth Avenue, Suite 1200
New York, NY 10001 USA
*O.*  (646) 766-1763
*E.*  jblecher@seidenlaw.com
*W.* www.seidenlaw.com


Confidentiality Statement: This email (including any attachments) may **contain** confidential information and is protected by law. If you are not the correct recipient, please notify the sender immediately and delete this email. Please do not copy this email for any other purpose or disclose the contents of this email.