# Exhibit 1

**From:** karolina finn
**Sent:** Friday, August 18, 2023 8:00 AM
**To:** Xintong Zhang
**Cc:** Olivia Johann
**Subject:** Re: Inquiry of live interpretation service

Hi, good morning. I hope you are doing well.

For yesterday assignment 3:20-6:45 in SDNY. My rate is $150/h. 150x3.4=510

Please Zelle the payment to

( the name will be                                    ).

Thank you again for reaching out. Feel free to contact me if need my service again. Have a great day.

On Thu, Aug 17, 2023 at 9:44 AM Xintong Zhang <xzhang@seidenlaw.com> wrote:

> Dear Feng Shi,
>
> Good morning. My name is Xintong Zhang, and I am an attorney at Seiden Law. I got your contact information from the SDNY interpreter office and am writing to check your availability for a short-noticed live interpretation service today at 3:00 pm (in person) in SDNY for a civil matter hearing. It may take about 1 hour to 1.5 hours.
>
> Please let me know your availability and rate.
>
> Many thanks,
>
> Tony

1

**Xintong Zhang, Esq.**

*Associate*

**SEIDEN | LAW**

Seiden Law LLP

322 Eighth Avenue, Suite 1200
New York, NY 10001 USA
+1 646-603-1262 (O)
xzhang@seidenlaw.com
www.seidenlaw.com

Confidentiality Statement:  This email (including any attachments may contain confidential information and is protected by law.  If you are not the correct recipient, please notify the sender immediately and delete the email.  Please do not copy this email for any other purpose or disclose the contents of this email.

--
Thank you and have a great day