# Exhibit 2

✕ **Trip Details**



# UberX ride with Dramane

Aug 17 7:00PM

$0.00 - T769521C

**Canceled**

[ 🔖 Receipt ]

● Gold St & Frankfort St, New York, NY 10038, US

■ Brooklyn Bridge Walkway & Brooklyn Brg, New York, NY 10038, US

🤝 No tip added

⭐ No rating

🔒 **View what your driver sees**
After your trip, driver can't see your pickup or dropoff address details  ›

# Help

🔑 **Find lost item**
We can help you get in touch with your driver  ›