# EXHIBIT A

**Smith, Andrew C.**

| | |
|---|---|
| **From:** | Xintong Zhang <xzhang@seidenlaw.com> |
| **Sent:** | Tuesday, April 25, 2023 5:14 PM |
| **To:** | Lee, Carol; Amiad Kushner |
| **Cc:** | Smith, Andrew C.; Sant, Geoffrey; Ray, III, Hugh M.; Wang, Fangwei |
| **Subject:** | RE: Vendor |

Counsel,

Well received with thanks.

Best,
Tony


**Xintong Zhang, Esq.**
*Associate*
**SEIDEN | LAW**
+1 646-603-1262 (O) | +1(917) 993-4337 (C)

**From:** Lee, Carol <carol.lee@pillsburylaw.com>
**Sent:** Tuesday, April 25, 2023 4:31 PM
**To:** Xintong Zhang <xzhang@seidenlaw.com>; Amiad Kushner <akushner@seidenlaw.com>
**Cc:** Smith, Andrew C. <andrew.smith@pillsburylaw.com>; Sant, Geoffrey <geoffrey.sant@pillsburylaw.com>; Ray, III, Hugh M. <hugh.ray@pillsburylaw.com>; Wang, Fangwei <fangwei.wang@pillsburylaw.com>
**Subject:** Vendor

Counsel,

As requested, below please find the contact information for the data collection vendor:

> **Todd Stefan**
> **Setec Investigations**
> **The Power of Electronic Evidence**
> **A Licensed Investigative Agency**
> tstefan@SetecInvestigations.com
> www.SetecInvestigations.com
> **Office: (323) 939-5598 x112**
> **Mobile: (323) 243-9928**

Best,

Carol

**Carol Lee** | Pillsbury Winthrop Shaw Pittman LLP
Counsel
31 West 52nd Street | New York, NY 10019-6131
t +1.212.858.1194
carol.lee@pillsburylaw.com | pillsburylaw.com

1



The contents of this message, together with any attachments, are intended only for the use of the individual or entity to which they are addressed and may contain information that is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this message, or any attachment, is strictly prohibited. If you have received this message in error, please notify the original sender or the Pillsbury Winthrop Shaw Pittman Service Desk at Tel: 800-477-0770, Option 1, immediately by telephone and delete this message, along with any attachments, from your computer. Nothing in this message may be construed as a digital or electronic signature of any employee of Pillsbury Winthrop Shaw Pittman. Thank you.