

Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street | New York, NY 10019-6131 | tel 212.858.1000 | fax 212.858.1500

Carol Lee
tel: +1.212.858.1194
carol.lee@pillsburylaw.com

August 30, 2023

**Via Electronic Filing**

The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007



Re:   *Huzhou Chuangtai Rongyuan Investment Management Partnership, et al. v. Hui Qin*, Case No. 21 Civ. 9221 (KPF)

Dear Judge Failla,

We represent the Petitioners in the above action, and we file this notice jointly with the Respondent's counsel. Respondent Hui Qin was ordered to provide passwords or other access to accounts identified in this Court's August 24, 2023 order (the "August 24 Order") holding him in contempt or otherwise be detained if he did not comply. Without characterizing what occurred, Petitioners' technician has been able to access the required accounts. While Petitioners and Respondent disagree on other issues, and Petitioners and Respondent both continue to assert their rights to compel or resist production and will continue to seek relief, they agree that Mr. Qin's conditions for avoiding detention in the August 24 Order have been satisfied. We jointly request that the Court note this letter as compliance on that issue and inform the U.S. Marshal's service not to detain Mr. Qin.

Respectfully Submitted,

*/s/ Carol Lee*
Carol Lee

www.pillsburylaw.com

The Court is in receipt of the parties' above letter (Dkt. #252) and acknowledges Respondent's compliance with the Court's August 24, 2023 Order (Dkt. #243).  The Court has informed the U.S. Marshals Service of Respondent's compliance.

Dated:    August 30, 2023            SO ORDERED.
          New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE