# EXHIBIT A

| | |
|---|---|
| **From:** | Steven Seiden |
| **To:** | AEL Accounting; Kenneth Abell |
| **Cc:** | Robert Seiden |
| **Subject:** | RE: Abell Eskew Landau LLP April 2022 Invoice - Qin matter |
| **Date:** | Thursday, June 9, 2022 12:50:57 PM |

Confirming, a check has been sent for $2,345.00 covering the outstanding balance on invoices 2528 and 2604. Please confirm upon receipt of the check. Thanks, Steve.

---

**From:** AEL Accounting <aelaccounting@aellaw.com>
**Sent:** Thursday, June 9, 2022 10:23 AM
**To:** Kenneth Abell <kabell@aellaw.com>; Steven Seiden <sseiden@seidenlawgroup.com>
**Cc:** Robert Seiden <rseiden@seidenlawgroup.com>
**Subject:** RE: Abell Eskew Landau LLP April 2022 Invoice

Per your instructions, we have transferred $3,110.00 from the ▮▮▮▮▮▮ retainer to the Hui Qin matter.  We have applied this retainer as follows:

$630.00 – Invoice 2528
$2,480.00 – Invoice 2604.

The balance on the account is $2,345.00.  I have attached the paid invoices for your records.

Regards,

**Accounting**
**ABELL ESKEW LANDAU LLP**
256 Fifth Avenue, 5th Floor
New York, NY 10001

**PLEASE NOTE OUR NEW ADDRESS**

---

**From:** Kenneth Abell <kabell@aellaw.com>
**Sent:** Thursday, June 9, 2022 9:27 AM
**To:** Steven Seiden <sseiden@seidenlawgroup.com>; AEL Accounting <aelaccounting@aellaw.com>
**Cc:** Robert Seiden <rseiden@seidenlawgroup.com>
**Subject:** RE: Abell Eskew Landau LLP April 2022 Invoice

Will do, thanks Steve. Have a good day.

---

**From:** Steven Seiden <sseiden@seidenlawgroup.com>
**Sent:** Thursday, June 9, 2022 8:48 AM
**To:** AEL Accounting <aelaccounting@aellaw.com>
**Cc:** Kenneth Abell <kabell@aellaw.com>; Robert Seiden <rseiden@seidenlawgroup.com>

**Subject:** FW: Abell Eskew Landau LLP April 2022 Invoice

Dear Ken (copying accounting), in terms of the attached invoice and the remaining retainer held on account, thanks for your assistance, this matter is now closed on our end. Can you please transfer the remaining retainer amount of $3,110.00 to the new Qin matter? Once confirmed, we will send across additional funds to cover the balance of your invoices to date in the Qin matter. Please advise. Thanks, Steve.

---

**From:** AEL Accounting <aelaccounting@aellaw.com>
**Sent:** Thursday, May 5, 2022 9:26 AM
**To:** Steven Seiden <sseiden@seidenlawgroup.com>
**Cc:** Kenneth Abell <kabell@aellaw.com>
**Subject:** Abell Eskew Landau LLP April 2022 Invoice

Please find attached our invoice for April 2022.  We have applied your retainer on account, so nothing is due at this time.
Your current retainer balance is $3,110.00

**Accounting**
**ABELL ESKEW LANDAU LLP**
256 Fifth Avenue, 5th Floor
New York, NY 10001

**PLEASE NOTE OUR NEW ADDRESS**