# EXHIBIT C

## CONDOMINIUM UNIT ASSIGNMENT AGREEMENT

### THE LIBERTY HOUSE CONDOMINIUM

CONDOMINIUM UNIT ASSIGNMENT AGREEMENT, made the $\frac{\partial \text{th}}{\partial}$ day of September 2019, by and between **Robert Chavez and Vincent Sabio,** residing at 377 Rector Place, New York, Apt PHA, New York 10280 (the "Assignor") and **HFRE LLC,** residing at 70 Little West Street, Apt PH1A, New York, New York 10004 (the "Assignee").

### WITNESSETH:

That the Assignor, in consideration of Ten ($10.00) Dollars and other good and valuable consideration to it paid by the Assignee, receipt of which is hereby acknowledged, and other covenants and agreements of the Assignee hereinafter contained, and on the part of the assignee to be faithfully kept and performed, does hereby grant, sell, transfer, assign and set over unto the Assignee, all of Assignor's interest in and to the following Condominium Unit:

The Condominium unit (the "Unit") known as Unit No. **PHB** in the building (the "Building") known as Liberty House and by the street number 377 Rector Place, Borough of Manhattan, City, County and State of New York, said Unit being designated and described as Unit No. **PHB** in a certain declaration dated April 9, 1986, made between Mariner's Cove Site J Associates and Battery Park City Authority pursuant to Article 9-B of the Real Property Law of the State of New York (the "Condominium Act"), dated 4/9/1986 and recorded in the New York County Office of the Register of The City of New York on May 20, 1986, in Reel 1066, page 497, as amended by First Amendment to Declaration dated 10/20/2009 and recorded 11/27/2009 as CRFN 2009000389470, as amended by Second Amendment to Declaration dated 7/24/2015 and recorded 8/7/2015 as CRFN 2015000273722 (hereinafter referred to as the "Declaration") and also designated as Tax Lot **1240** in Block 16 of Section 1 of the Borough of Manhattan on the Tax Map of the Real Property Assessment Department of The City of New York and on the Floor Plans of the Building, certified by William A. Hall R. A., P.C. on April 22, 1986, and filed with the Real Property Assessment of The City of New York on May 14, 1986, as Condominium Plan No. 308, and also filed in the New York County Office of the Register of The City of New York on May 20, 1986, as Condominium Plan No. 308, Map No. 4461.

Together with an undivided **2.1045%** leasehold interest in the Common Elements (as such term is defined in the Declaration);

Together with the appurtenances and all the estate and rights of the Assignor in and to the Unit;

Together with, and subject to, the benefits and rights, obligations, easements, restrictions and other provisions set forth in the Declaration and the By-Laws of Liberty House Condominium (the "By-Laws"), as the same may be amended from time to time, all of which shall constitute covenants running

1

with the Land and shall bind any person having at any time any interest or estate in the Unit, as though
recited and stipulated at length herein;

Together with, and subject to, the rights, obligations, easements, restrictions and other provisions
set forth in the Agreement of Lease between Battery Park City Authority, as landlord, and Mariner's Cove
Site J Associates, as tenants, dated as of October 25, 1984, a Memorandum of which was recorded on
October 30, 1984 in the Office of the Register, New York County in Reel 843 at Page 1699, as amended
by Modification of Lease dated as of November 7, 1985, a Memorandum of which was recorded on April
28, 1986, in the Office of the Register, New York County in Reel 1055 at page 1761, as further modified ⟶ May 13, 1986
by Amendment of Lease dated as of December 11, 1985, recorded on December 11, 1985 in the Office of
the Register, New York County in Reel 1063 at Page 835, as the same may be further amended from time
to time;

Subject also to such other liens, agreements, covenants, easements, restrictions, consents and
other matters of record as pertain to the Unit, to the Land and/or to the Building (which Land and
Building are hereinafter collectively referred to as the "Property").

TO HAVE AND TO HOLD the same unto the Assignee, and the heirs, executors, administrators
and assigns of the Assignee for the full unexpired term of that certain Agreement of Lease between
Battery Park City Authority, as landlord and Mariner's Cove Site J Associates, as tenant, dated as of
October 25, 1984, a Memorandum of which was recorded on October 30, 1984 in the Office of the
Register, New York County in Reel 843 at Page 1699 as modified by Amendment of Lease dated as of
November 7, 1985, recorded on April 28, 1986 in the Office of the Register, New York County in Reel
1055, at Page 1761, as further modified by Amendment of Lease dated as of December 11, 1985,
May 13, ⟵ recorded on December 11, 1985 in the Office of the Register, New York County in Reel 1063 at Page
1986  835. And the Assignor, in consideration of the premises does hereby for itself and its successors and
assigns covenant and agree to and with the Assignee that the Assignor is the lawful owner of the Unit and
said Agreement of Lease; that Assignor has good right and lawful authority to sell and assign Assignor's
interest in and to the Unit; that said Agreement of Lease is in full force and effect and not in default; and
that Assignor shall warrant and defend the same unto the Assignee against the lawful claims and demands
by all persons.

If any provision of the Declaration or the By-Laws is invalid under, or would cause the
Declaration or the By-Laws to be insufficient to submit the Property to, the provisions of the
Condominium Act, or if any provision that is necessary to cause the Declaration and the By-Laws to be
sufficient to submit the Property to the provisions of the Condominium Act is missing from the
Declaration or the By-Laws, or if the Declaration and the By-Laws are insufficient to submit the Property
to the provisions of the Condominium Act, the applicable provisions of Article 17 of the Declaration shall
control.

Except as otherwise specifically permitted by the Board of Managers (as such term is defined in
the Declaration) or a provided in the Declaration or in the By-Laws, the Unit is intended for residential
use only.

2

The Assignor covenants that the Assignor has not done or suffered anything whereby the Unit has been encumbered in any way whatsoever, except as set forth in the Declaration and the By-Laws (and any Rules and Regulations adopted under the By-Laws).

The Assignor, in compliance with Section 13 of the Lien Law of the State of New York covenants that the Assignor will receive the consideration for this assignment and will hold the right to receive such consideration as a trust fund for the purpose of paying the cost of the improvements at the Property and will apply the same first to the payment of the cost of such improvements before using any part of the same for any other purposes.

The Assignee accepts and ratifies the provisions of the Declaration and the By-Laws (and any Rules and Regulations adopted under the By-Laws) and agrees to comply with all the terms and provisions thereof.

The term "Assignor" shall be read as "Assignors" whenever the sense of this agreement so requires.

By acceptance of this assignment, the Assignee hereby expressly assumes and agrees to perform each and every covenants of said Agreement of Lease referred to herein above.

IN WITNESS WHEREOF, the Assignor and the Assignee have duly executed this agreement as of the day and year first above written.

Robert Chavez, Assignor

Vincent Sabio, Assignor

HFRE LLC
By:
Name:    Xueyuan Han
Title:    MANAGER

Acknowledgements on following page

3

STATE OF NEW YORK )
                                                  )ss.:
COUNTY OF NEW YORK )

On this 26 day of SEPTEMBER 2019 , before me, the undersigned, a Notary Public in and for said state, personally appeared **Robert Chavez**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

JOSEPH GIACALONE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-GI6105913
Qualified In Nassau County
Commission Expires February 23, 20

STATE OF NEW YORK )
                                                  )ss.:
COUNTY OF NEW YORK )

On this 26 day of SEPTEMBER 2019 , before me, the undersigned, a Notary Public in and for said state, personally appeared **Vincent Sabio**, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

JOSEPH GIACALONE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-GI6105913
Qualified In Nassau County
Commission Expires February 23, 20

STATE OF NEW YORK )
                                                  )ss.:
COUNTY OF NEW YORK )

* Xueyuan.

On this 26 day of SEPTEMBER 2019 , before me, the undersigned, a Notary Public in and for said state, personally appeared ___HUEYUAN HAN___ , personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument.

Notary Public

4

JOSEPH GIACALONE
NOTARY PUBLIC-STATE OF NEW YORK
No. 01-GI6105913
Qualified In Nassau County
Commission Expires February 23, 20

## Exhibit A

### Liberty House Condominium

All that certain plot, piece or parcel of land situate, lying and being in the Borough of Manhattan, City, County and State of New York, bounded and described as follows:

*247.41*  Ⓥ

**Beginning** at a point on the northerly side of Rector Place distant 247.21 feet south 77 degrees 31 minutes 29 seconds west, as measured along the northerly side of Rector Place, from the point formed by the intersection of the northerly side of Rector Place with the westerly side of South End Avenue;

Running Thence south 77 degrees 31 minutes 29 seconds west along the northerly side of Rector Place, 63 feet;

Thence along the sides of a park, as shown on a map bearing Acc. No. 30071 and showing a change in the City Map, which map was approved by a resolution adopted by the Board of Estimate on November 13, 1981 (Cal. No. 4) the following 2 courses and distances:

1) south 77 degrees 31 minutes 29 seconds west, 70 feet;
2) north 18 degrees 14 minutes 10 seconds west, 122.44 feet;

Thence north 77 degrees 31 minutes 29 seconds east, 145.29 feet;

Thence south 12 degrees 28 minutes 31 seconds east, 121.83 feet to the point or place of **Beginning.**

**Together** with the benefits of and subject to the burdens of an easement of pedestrian and vehicular ingress and egress as set forth and limited and delineated in a Declaration of Easement made by Battery Park City Authority dated as of 3/23/84 and recorded on 3/28/84 in reel 778 page 44 over the following described parcel:

All that certain plot, piece or parcel of land situate, lying and being in the Borough of Manhattan, City, County and State of New York, and more particularly bounded and described as follows:

**Beginning** at a point in the southerly line of Albany Street distant 108,5 feet westerly from the corner formed by the intersection of the westerly line of South End Avenue with the southerly line of Albany Street;

Running Thence south 12 degrees 28 minutes 31 seconds east, 122.00 feet;

Thence south 77 degrees 31 minutes 29 seconds west, 182.00 feet;

Thence north 12 degrees 28 minutes 31 seconds west, 122.00 feet to the southerly line of Albany Street;

Thence north 77 degrees 31 minutes 29 seconds east along the southerly line of Albany Street, 25.00 feet;

Thence south 12 degrees 28 minutes 31 seconds east, 97.00 feet;

Thence north 77 degrees 31 minutes 29 seconds east, 132.00 feet;

Thence north 12 degrees 28 minutes 31 seconds west, 97.00 feet to the southerly line of Albany Street;

Thence north 77 degrees 31 minutes 29 seconds east along the southerly line of Albany Street 25.00 feet to the point or place of **Beginning.**

6

**Condominium Unit Assignment Agreement**

**Liberty House Condominium**

| Unit | PHB |
|------|-----|
| **Section:** | 1 |
| **Block:** | 16 |
| **Lot:** | 1240 |

**Robert Chavez and Vincent Sabio**

To

**HFRE LLC**

Record and Return by Mail to:

~~R.Y. Management Co., Inc.~~

~~1619 Third Avenue~~

~~New York, NY 10128~~

Yi LiN, ESQ
86 Bowery, Suite 201
New York, NY 10013

5

| C1. County Code | | C2. Date Deed Recorded | / Month | / Day | / Year |
|---|---|---|---|---|---|

| C3. Book | | | C4. Page | | |
|---|---|---|---|---|---|
| OR | | | | | |
| C5. CRFN | | | | | |

## PROPERTY INFORMATION

| 1. Property Location | 377 STREET NUMBER | RECTOR PLACE PH-B STREET NAME | MANHATTAN BOROUGH | 10280 ZIP CODE |
|---|---|---|---|---|

**2. Buyer Name**

HFRE LLC
LAST NAME / COMPANY     FIRST NAME

LAST NAME / COMPANY     FIRST NAME

**3. Tax Billing Address**

Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
LAST NAME / COMPANY     FIRST NAME

STREET NUMBER AND STREET NAME     CITY OR TOWN     STATE     ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed**    1    # of Parcels **OR**    Part of a Parcel

4A. Planning Board Approval - N/A for NYC
4B. Agricultural District Notice - N/A for NYC

**5. Deed Property Size**

FRONT FEET   X   DEPTH   **OR**   ACRES

Check the boxes below as they apply:
6. Ownership Type is Condominium   ✔
7. New Construction on Vacant Land

**8. Seller Name**

CHAVEZ
LAST NAME / COMPANY     FIRST NAME     ROBERT

SABIO
LAST NAME / COMPANY     VINCENT
FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

| A | ✔ | One Family Residential | C | | Residential Vacant Land | E | | Commercial | G | | Entertainment / Amusement | I | | Industrial |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B | | 2 or 3 Family Residential | D | | Non-Residential Vacant Land | F | | Apartment | H | | Community Service | J | | Public Service |

## SALE INFORMATION

**10. Sale Contract Date**    8 Month / 29 Day / 2019 Year

**11. Date of Sale / Transfer**    9 Month / 26 Day / 2019 Year

**12. Full Sale Price** $    4 9 9 0 0 0 0

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale**

**14. Check one or more of these conditions as applicable to transfer:**

| | |
|---|---|
| A | Sale Between Relatives or Former Relatives |
| B | Sale Between Related Companies or Partners in Business |
| C | One of the Buyers is also a Seller |
| D | Buyer or Seller is Government Agency or Lending Institution |
| E | Deed Type **not** Warranty or Bargain and Sale (Specify Below ) |
| F | Sale of Fractional or Less than Fee Interest ( Specify Below ) |
| G | Significant Change in Property Between Taxable Status and Sale Dates |
| H | Sale of Business is Included in Sale Price |
| I | Other Unusual Factors Affecting Sale Price ( Specify Below ) |
| J | ✔ None |

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class** R, 4    **16. Total Assessed Value (of all parcels in transfer)**    6 4 7 7 9 2

**17. Borough, Block and Lot / Roll Identifier(s) ( If more than three, attach sheet with additional identifier(s) )**

MANHATTAN 16 1240

**CERTIFICATION** | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

X _____ **BUYER**    9/26/19
BUYER SIGNATURE                    DATE

70 LITTLE WEST ST., PH1A
STREET NUMBER

Bys Xueyuan Han, Manager
STREET NAME (AFTER SALE)

NEW YORK
CITY OR TOWN          NY         10004
                     STATE      ZIP CODE

**BUYER'S ATTORNEY**

Lin
LAST NAME                         FIRST NAME

212   964 - 5339
AREA CODE    TELEPHONE NUMBER

**SELLER**
Rohit P Cheney          9/26/19
SELLER SIGNATURE                  DATE

HFRE LLC

CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

| BUYER | | | | BUYER'S ATTORNEY | | |
|---|---|---|---|---|---|---|
| BUYER SIGNATURE | | DATE | | LAST NAME | | FIRST NAME |
| 70 LITTLE WEST STREET, APT PH1A | | | | | | |
| STREET NUMBER   STREET NAME (AFTER SALE) | | | | AREA CODE | TELEPHONE NUMBER | |
| NEW YORK | | | | | SELLER | |
| | | NY | 10004 | | | |
| CITY OR TOWN | | STATE | ZIP CODE | SELLER SIGNATURE | | DATE |

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

## BUYERS

| Buyer Signature | Date |
|---|---|

(repeated)

## SELLERS

Seller Signature _____ Date 9-26-19

| Seller Signature | Date |
|---|---|

2019092500523201