

Pillsbury Winthrop Shaw Pittman LLP
Two Houston Center 909 Fannin, Suite 2000 | Houston, TX 77010-1018 | tel 713.276.7600 | fax 713.276.7673

Hugh M. Ray, III
tel: +1.713.276.7661
hugh.ray@pillsburylaw.com

September 8, 2023

**VIA ECF**



The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

    Re:    *Huzhou Chuangtai Rongyuan Investment Management Partnership, et al. v. Hui Qin*, Case No. 21 Civ. 9221 (KPF)

Dear Judge Failla:

This letter is submitted jointly on behalf of counsel for Petitioners and Respondent. The parties have been engaged in discussions regarding an ESI Stipulation, including exchanging drafts of an ESI Stipulation and conducting meet and confer calls today and yesterday. The parties respectfully request that the deadline for submitting an ESI Stipulation (which was previously extended to September 8, 2023, *see* ECF 262) be extended to September 12, 2023 in order to allow additional time for the parties to address issues related to the ESI Stipulation.

                                      Respectfully submitted,

                                      */s/ Hugh M. Ray, III*
                                      Hugh M. Ray, III

cc:    All counsel of record (via ECF)

Application GRANTED.  The deadline by which the parties must jointly file a Stipulation Regarding Electronically Stored Information (ESI) is hereby ADJOURNED to **September 12, 2023.**

The Clerk of Court is directed to terminate the motion at docket entry 270.

Dated:     September 8, 2023         SO ORDERED.
           New York, New York

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE