

Pillsbury Winthrop Shaw Pittman LLP
Two Houston Center 909 Fannin, Suite 2000 | Houston, TX 77010-1018 | tel 713.276.7600 | fax 713.276.7673

Hugh M. Ray, III
tel: +1.713.276.7661
hugh.ray@pillsburylaw.com

September 12, 2023

**VIA ECF**



The Honorable Katherine Polk Failla
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2103
New York, NY 10007

      Re:    *Huzhou Chuangtai Rongyuan Investment Management Partnership, et al. v. Hui Qin*, Case No. 21 Civ. 9221 (KPF)

Dear Judge Failla:

This letter is submitted jointly on behalf of counsel for Petitioners and Respondent. The parties have continued to negotiate an ESI Stipulation, including exchanging further redlined drafts of the ESI Stipulation.

Circumstances beyond either party's control have taken time away from the negotiation process to submit the ESI Stipulation by today's extended deadline. Accordingly, the parties respectfully request that the deadline for submitting an ESI Stipulation be extended to September 14, 2023 in order to allow additional time for the parties to address issues related to the ESI Stipulation.

          Respectfully submitted,

          */s/ Hugh M. Ray, III*
          Hugh M. Ray, III

cc:    All counsel of record (via ECF)

4854-2813-0943

Application GRANTED.  The deadline by which the parties must jointly file a Stipulation Regarding Electronically Stored Information (ESI) is hereby ADJOURNED to **September 14, 2023.** The parties are advised that, absent extenuating circumstances, the Court is unlikely to grant further of extensions of this deadline.

The Clerk of Court is directed to terminate the motion at docket entry 277.


Dated:      September 13, 2023          SO ORDERED.
            New York, New York

                                        HON. KATHERINE POLK FAILLA
                                        UNITED STATES DISTRICT JUDGE