UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUZHOU CHUANGTAI RONGYUAN INVESTMENT MANAGEMENT PARTNERSHIP, HUZHOU HUIHENGYING EQUITY INVESTMENT PARTNERSHIP, and HUZHOU HUIRONGSHENG EQUITY INVESTMENT PARTNERSHIP,<br><br>Petitioners,<br><br>- vs -<br><br>HUI QIN,<br><br>Respondent. | **NOTICE OF APPEARANCE**<br><br>No. 1:21-cv-09221 (KPF) |

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Stephen P. Younger of the law firm of Nixon Peabody LLP, hereby appears as counsel of record in this matter on behalf of Third Party "Emma" Duo Liu, for the limited purposes of her response to Petitioner's Motion to Compel Documents from Third-Party Emma Duo Liu, and hereby respectfully requests that all further electronic notices, orders, papers and filings in this proceeding be served upon the undersigned at the office address stated below. I certify that I am admitted to practice in the Southern District of New York.

Dated: September 14, 2023,
       New York, New York

**NIXON PEABODY LLP**

By: /s/ Stephen P. Younger
     Stephen P. Younger

Bar Roll No. SY0120
Tower 46, 55 West 46th Street
New York, New York 10036
Tel: (212) 940-3000
spyounger@nixonpeabody.com

*Attorneys for "Emma" Duo Liu*