UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUZHOU CHUANGTAI RONGYUAN INVESTMENT MANAGEMENT PARTNERSHIP, HUZHOU HUIHENGYING EQUITY INVESTMENT PARTNERSHIP, and HUZHOU HUIRONGSHENG EQUITY INVESTMENT PARTNERSHIP,<br><br>        Petitioners,<br><br>       -v.-<br><br>HUI QIN,<br><br>        Respondent. | 21 Civ. 9221 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On March 25, 2024, the Court received the Order of the United States Court of Appeals for the Second Circuit granting Appellant Ms. Liu's motion to stay the post-judgment document discovery ordered by this Court in its January 24, 2024 Order (Dkt. #365), pending that Court's review of her appeal (Dkt. #418).

  The Court wishes to assess the sufficiency of Ms. Liu's production of documents, particularly as such a production would impact Petitioners' ability to enforce the judgment in this matter, before making a determination on Petitioners' Renewed Motion to Compel, for Sanctions, and for an Order for Civil Contempt as to Respondent. (Dkt. #172). Accordingly, the Court hereby STAYS this action pending the Court of Appeals' determination of Ms. Liu's appeal of this Court's Orders dated January 24, 2024 (Dkt. #365), and September 29, 2023 (Dkt. #296). Counsel for Ms. Liu is directed to advise the Court, within two

days, of the resolution of that appeal or any significant development in that appeal.

SO ORDERED.

Dated: March 26, 2024
       New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge