UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUZHOU CHUANGTAI RONGYUAN INVESTMENT MANAGEMENT PARTNERSHIP, HUZHOU HUIHENGYING EQUITY INVESTMENT PARTNERSHIP, and HUZHOU HUIRONGSHENG EQUITY INVESTMENT PARTNERSHIP,<br><br>                  Petitioners,<br><br>                    -v.-<br><br>HUI QIN,<br><br>                  Respondent. | 21 Civ. 9221 (KPF) |
| HUZHOU CHUANGTAI RONGYUAN INVESTMENT MANAGEMENT PARTNERSHIP; HUZHOU HUIHENGYING EQUITY INVESTMENT PARTNERSHIP; and HUZHOU HUIRONGSHENG EQUITY INVESTMENT PARTNERSHIP,<br><br>                  Plaintiffs,<br><br>                    -v.-<br><br>JUDGMENT-DEBTOR HUI QIN, *a/k/a MUK LAM LI, LI MUK LAM, HUI HUI QIN, KARL QIN, and HUI QUIN*; DUO LIU, *a/k/a EMMA LIU*; XUEMIN LIU; RUOLEI LIU; XUEYUAN HAN, *a/k/a HANK HAN*; HANGYUAN ZHANG; BRYN MAWR; TRUST COMPANY OF DELAWARE; TRIDENT TRUST COMPANY; ST. TOME LLC; ST. FORTUNE GROUP LLC; LUXURY TEAM, INC.; ST. GRAND CEREMONY LLC; KING FAME TRADING (BVI); PH2003 UNIT LLC; APPLEGREEN LLC; LUBAN CONSTRUCTION INC.; HUDSON GROUP LLC; GOLDEN PEGASUS LLC; GOLDEN LITTLE ELEPHANT INC.; GOLDEN KIRIN LLC; HARUSHIO LLC; GOLDEN LITTLE DRAGON; GOLDEN MERMAID LLC; HATAKAZE LLC; QYNM FAMILY HOLDING LLC; HS-QYNM FAMILY, INC.; QIN FAMILY TRUST; I LOVE GLE TRUST; APPLEGREEN FAMILY TRUST; MASTERPIECE HOLDING GROUP LTD.; NEW LAND CAPITAL LLC; YOUYORK MANAGEMENT LLC; GOLDEN LAND FUNDS LLC; MAXIM CREDIT GROUP LLC; HFRE, LLC; and JOHN AND JANE DOES 1-20,<br><br>                  Defendants. | **ORDER**<br><br>24 Civ. 2219 (KPF) |

KATHERINE POLK FAILLA, District Judge:

For the reasons stated on the record during the Court's May 8, 2024 conference, Plaintiffs' Motion for an Order in Aid of Enforcement and to Detain Defendant Hui Qin and Seize His Passport(s) (Dkt. #105, 110 (24 Civ. 2219); Dkt. #426 (21 Civ. 9221)) is hereby DENIED.

The Clerk of Court is directed to file this Order in both Case No. 24 Civ. 2219 and Case No. 21 Civ. 9221. The Clerk of Court is further directed to terminate the pending motions at docket entries 105 and 110 in Case No. 24 Civ. 2219 and docket entry 426 in Case No. 21 Civ. 9221.

SO ORDERED.

Dated: May 8, 2024
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge