UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUZHOU CHUANGTAI RONGYUAN INVESTMENT MANAGEMENT PARTNERSHIP, HUZHOU HUIHENGYING EQUITY INVESTMENT PARTNERSHIP, and HUZHOU HUIRONGSHENG EQUITY INVESTMENT PARTNERSHIP,<br><br>                      Petitioners,<br><br>                      -v.-<br><br>HUI QIN,<br><br>                      Respondent. | 21 Civ. 9221 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

      On November 28, 2023, Seiden Law LLP ("Seiden Law") filed a motion to withdraw as counsel for Respondent in this action (Dkt. #332). Petitioners filed a memorandum of law and accompanying papers in opposition to Seiden Law's motion on December 12, 2023 (Dkt. #339-341), and Seiden Law filed a reply memorandum of law and accompanying papers in further support of their motion on December 19, 2023 (Dkt. #351-352).

      On May 10, 2024, Benjamin B. Xue filed a notice of appearance on behalf of Respondent. (Dkt #444). Mr. Xue had previously represented Respondent in this action but had filed a motion to withdraw as counsel for Respondent on November 9, 2022 (Dkt. #71), which motion the Court granted on November 18, 2022 (*see* November 18, 2022 Minute Entry).

      To date, the Court has refrained from granting Seiden Law's motion to withdraw as counsel for Respondent, recognizing that doing so

would leave Respondent without representation in this matter. However, with the appearance of Mr. Xue on behalf of Respondent, the Court's concerns are seemingly alleviated. Accordingly, absent further opposition by any party, the Court intends to grant Seiden Law's pending motion to withdraw. To the extent any party wishes to be heard regarding why the Court should not do so, they are hereby ORDERED to file a letter setting forth their reasoning therefore on or before **May 31, 2024**.

    SO ORDERED.

Dated:  May 23, 2024
         New York, New York

                                    KATHERINE POLK FAILLA
                                    United States District Judge