UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

HUZHOU CHUANGTAI RONGYUAN INVESTMENT MANAGEMENT PARTNERSHIP, HUZHOU HUIHENGYING EQUITY INVESTMENT PARTNERSHIP, and HUZHOU HUIRONGSHENG EQUITY INVESTMENT PARTNERSHIP,

                Petitioners,

-v.-

HUI QIN,

                Respondent.

21 Civ. 9221 (KPF)

---

HUZHOU CHUANGTAI RONGYUAN INVESTMENT MANAGEMENT PARTNERSHIP; HUZHOU HUIHENGYING EQUITY INVESTMENT PARTNERSHIP; and HUZHOU HUIRONGSHENG EQUITY INVESTMENT PARTNERSHIP,

                Plaintiffs,

-v.-

JUDGMENT-DEBTOR HUI QIN, *a/k/a MUK LAM LI, LI MUK LAM, HUI HUI QIN, KARL QIN, and HUI QUIN*; DUO LIU, *a/k/a EMMA LIU*; XUEMIN LIU; RUOLEI LIU; XUEYUAN HAN, *a/k/a HANK HAN*; HANGYUAN ZHANG; BRYN MAWR; TRUST COMPANY OF DELAWARE; TRIDENT TRUST COMPANY; ST. TOME LLC; ST. FORTUNE GROUP LLC; LUXURY TEAM, INC.; ST. GRAND CEREMONY LLC; KING FAME TRADING (BVI); PH2003 UNIT LLC; APPLEGREEN LLC; LUBAN CONSTRUCTION INC.; HUDSON GROUP LLC; GOLDEN PEGASUS LLC; GOLDEN LITTLE ELEPHANT INC.; GOLDEN KIRIN LLC; HARUSHIO LLC; GOLDEN LITTLE DRAGON; GOLDEN MERMAID LLC; HATAKAZE LLC; QYNM FAMILY HOLDING LLC; HS-QYNM FAMILY, INC.; QIN FAMILY TRUST; I LOVE GLE TRUST; APPLEGREEN FAMILY TRUST; MASTERPIECE HOLDING GROUP LTD.; NEW LAND CAPITAL LLC; YOUYORK MANAGEMENT LLC; GOLDEN LAND FUNDS LLC; MAXIM CREDIT GROUP LLC; HFRE, LLC; and JOHN AND JANE DOES 1-20,

                Defendants.

24 Civ. 2219 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

On May 8, 2024, Defendant-Respondent Hui Qin filed in the above-captioned actions a Notice of Bankruptcy, reflecting a petition he had filed in the United States Bankruptcy Court for the Eastern District of New York (the "Petition"). (Dkt. #125 (24 Civ. 2219); Dkt. #441 (21 Civ. 9221)).

With respect to Case No. 24 Civ. 2219, the Petition was filed in the course of appellate proceedings concerning the Liu Defendants'[1] interlocutory appeal of the preliminary injunction order entered by this Court on April 26, 2024 (the "PI Order") (Dkt. #95 (24 Civ. 2219)), and the Liu Defendants' corresponding motion for an emergency stay of the PI Order. *See generally Huzhou Chuangtai Rongyuan Investment Management Partnership* v. *Liu*, Case No. 24-1282 (2d Cir.). On June 27, 2024, the Court of Appeals stayed the Liu Defendants' motion for a stay of the PI Order, finding that the Petition automatically stayed the Liu Defendants' appeal pursuant to 11 U.S.C. § 362(a)(1). (*See* Dkt. #161 (24 Civ. 2219)).

With respect to Case No. 21 Civ. 9221, this Court had already entered a stay on March 26, 2024 (Dkt. #419 (21 Civ. 9221)), pending the Second Circuit's resolution of Ms. Liu's appeal of the Court's Orders in that case dated January 24, 2024 (Dkt. #365 (21 Civ. 9221)), and September 29, 2023 (Dkt. #296 (21 Civ. 9221)). On May 13, 2024, just a few days after Mr. Qin filed the

---

[1] The "Liu Defendants" include Emma "Duo" Liu ("Ms. Liu"); St. Tome LLC; St. Fortune Group LLC; St. Grand Ceremony LLC; PH2003 Unit LLC; Hudson Group LLC; Golden Pegasus LLC; Golden Kirin LLC; Harushio LLC; Golden Mermaid LLC; Hatakaze LLC; Bryn Mawr Trust Company of Delaware; I Love GLE Trust; and Applegreen Family Trust.

Petition, counsel for Ms. Liu filed a letter indicating that the Court of Appeals had dismissed Ms. Liu's appeal for lack of appellate jurisdiction. (*See* Dkt. #445 (21 Civ. 9221) (citing Second Circuit Case No. 24-595, Dkt. #43.1)). Because of the pendency of the Petition, however, the Court never lifted the stay in Case No. 21 Civ. 9221.

In view of the these developments, and in accordance with the Second Circuit's June 27, 2024 Order, the Court hereby STAYS Case No. 24 Civ. 2219, and EXTENDS THE STAY in Case No. 21 Civ. 9221, in deference to Mr. Qin's bankruptcy proceeding in the Eastern District of New York. The parties are hereby ORDERED to notify the Court of any developments in Mr. Qin's bankruptcy proceeding that may justify lifting either or both of the stays in these actions, and shall otherwise file an update on the status of Mr. Qin's bankruptcy proceeding in both matters every six months, beginning on or before **January 2, 2025**.

The Clerk of Court is directed to file this Order in both Case No. 24 Civ. 2219 and Case No. 21 Civ. 9221.

SO ORDERED.

Dated:  July 2, 2024
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge